UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION No._____

NOAH GREENBERG,
Plaintiff

v.

TOWN OF FALMOUTH and
GANNETT FLEMING, INC.,
Defendants

04 - 11934 GAO

MAGISTRATE JUDGE _Alexander_

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED____3____
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____9-3-04____

**COMPLAINT FOR COPYRIGHT INFRINGEMENT
AND DEMAND FOR TRIAL BY JURY**

Plaintiff, Noah Greenberg, brings this action against the Town of Falmouth, a municipal

corporation organized under the laws of the Commonwealth of Massachusetts and Gannett Fleming,

Inc., a Pennsylvania corporation. For this Complaint, Noah Greenberg alleges knowledge with

respect to his own acts and those of Noah Greenberg Associates, and otherwise on information and

belief alleges as follows:

## I. SUBJECT MATTER JURISDICTION

1. This is a civil action seeking damages and injunctive relief for copyright infringement

under the copyright laws of the United States of America (17 U.S.C. § 101 et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal

question); and 28 U.S.C. § 1338(a) (copyright).

-1-

## II. VENUE

4. Venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that this lawsuit arises under an Act of Congress related to copyrights and the defendants are subject to personal jurisdiction in this district such that they may be found in this district. The claims alleged in this action arose in this district.

## III. PARTIES AND PERSONAL JURISDICTION

5. Plaintiff, Noah Greenberg, is an adult resident of 22 Beebe Acres Road, Falmouth, Massachusetts 02540, and is a professional architect and does business in the Eastern District of Massachusetts.

6. Defendant, The Town of Falmouth, is a municipal corporation organized under the laws of the Commonwealth of Massachusetts, with an address of 59 Town Hall Square, Falmouth, Massachusetts 02540, which exists in the Eastern District of Massachusetts.

7. Defendant, Gannett Fleming, Inc., is registered in the Commonwealth of Massachusetts as a foreign corporation, with a principal place of business at 207 Senate Avenue, Camp Hill, Pennsylvania 17011. Gannett Fleming Inc., has a regular place of business in the Commonwealth of Massachusetts, and does business in the Eastern District of Massachusetts.

8. The acts of infringement and other wrongful acts alleged in this Complaint occurred in the Eastern District of Massachusetts.

## IV. PLAINTIFF'S COPYRIGHTS

9. On February 3, 2003, the plaintiff registered its Architectural Drawings entitled "Department of Public Works" with the United States Copyright Office. Noah Greenberg, a U.S.

citizen, created an original work consisting of an architectural design, plans, elevations, and text entitled "Department of Public Works." A true and accurate copy of the registration is attached hereto as **Exhibit 1**. Said registration is in full force and effect.

10. On February 11, 2003, the plaintiff registered its Architectural Work entitled "Department of Public Works" with the United States Copyright Office. Noah Greenberg a U.S. citizen, created an original work consisting of an architectural design, plans, elevations, and text entitled "Department of Public Works." A true and accurate copy of the registration is attached hereto as **Exhibit 2**. Said registration is in full force and effect.

## V. CAUSES OF ACTION

### COUNT I
### INFRINGEMENT OF COPYRIGHT

11. The plaintiff realleges and incorporates by reference paragraphs 1 through 9, inclusive, of this Complaint as fully set forth herein.

12. In 1993, the Town of Falmouth released a Request for Proposals for Architectural Consultation Services for renovations and additions to a public works facility.

13. Following the Town of Falmouth's Request for Proposals for Architectural Consultation Services for the above-mentioned public works facility, the plaintiff submitted an architectural design, consisting of plans and elevations for the proposed project.

14. Further work by the Town of Falmouth on the above-mentioned public works facility was delayed for unrelated reasons until 2001.

15. In 2001, the Town of Falmouth released a Request for Qualification for Architectural Design Services in relation to the above-mentioned public works facility.

-3-

16. The Town of Falmouth's Request for Qualification for Architectural Design Services included reproductions of plaintiff's original drawings, for responses to be based upon. This was done in violation of the plaintiff's copyright.

17. Subsequent to the Town of Falmouth's Request for Qualification for Architectural Design Services in relation to the above-mentioned public works facility, Gannett Fleming, Inc., created blue prints that were a derivative of the plaintiff's original drawings, in violation of the plaintiff's copyright.

18. Plaintiff believes that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of the plaintiff.

19. As a result of the defendants' infringement of the plaintiff's copyright and exclusive rights under copyright, plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for defendants' infringement. The plaintiff is further entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## COUNT II
## REQUEST FOR INJUNCTIVE RELIEF

20. The plaintiff realleges and incorporates by reference paragraphs 1 through 18, inclusive, of this Complaint as fully set forth herein.

21. The defendants are attempting to construct the above-mentioned public works building with blue prints that are a derivative of the plaintiff's original drawings, in violation of the plaintiff's copyright.

22. The conduct of the defendants has and is causing, and unless enjoined and restrained by this Court, will continue to cause the plaintiff great and irreparable injury that cannot fully be

compensated or measured in money.

23. Plaintiff has no adequate remedy at law.

24. Pursuant to 17 U.S.C. §§ 502, 502(a) and 503, plaintiff is entitled to injunctive relief

prohibiting the defendant from further infringing plaintiff's copyright, and ordering defendants to

destroy all blueprints and site plans made in violation of the plaintiff's exclusive rights.

**COUNT III**
**VIOLATION OF MASSACHUSETTS GENERAL LAWS, CHAPTER 93A**
**GANNETT FLEMING, INC., ONLY**

25. The plaintiff realleges and incorporates by reference paragraphs 1 through 23, inclusive,

of this Complaint as fully set forth herein.

26. At all times relevant hereto, the defendant Gannett Fleming, Inc., was engaged in trade

or commerce as those terms are defined in Massachusetts General Laws, chapter 93A.

27. The acts of the defendant, including but not limited to those set forth above, constitute

unfair or deceptive acts or practices while engaged in trade or commerce.

28. The defendant committed the aforesaid unfair or deceptive acts or practices knowingly,

willfully, and intentionally.

29. The defendant's intentional violation of Massachusetts General Laws, chapter 93A, has

caused the plaintiffs-in-counterclaim substantial damage.

**IV. PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for judgment against the defendants as follows:

A. That this Court enter a judgement against the defendants on Counts One and Two of this

Complaint, finding that the defendants committed copyright infringement and that they willfully and

intentionally infringed the plaintiff's rights in the above-mentioned federally registered copyrights under 17 U.S.C. §§ 106 and 501.

B. On Count One, for defendants' profits and for damages in such amount as may be found; alternatively, for maximum statutory damages in the amount of $150,000.00 with respect to each infringement, or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c) together with reasonable attorneys' fees and costs.

C. That this court enter a temporary restraining order prohibiting the defendants from using any blueprints based in whole or in part on the plaintiff's original drawings, until further order from the court.

D. That this court, after hearing, to enter a preliminary injunction prohibiting these defendants from using any blueprints based in whole or in part on the plaintiff's original drawings, until further order form the court.

E. That this court enter a final injunction prohibiting these defendants from using any blueprints based in whole or in part on the plaintiff's original drawings.

F. That this Court order the defendants, to file and serve within thirty (30) days of this order, a written statement under oath setting forth, in detail, and certifying the manner in which defendants have complied with the order and injunction pursuant to 11 U.S.C. § 1116(a).

G. That this court require the destruction of all blueprints or site plans made in violation of the plaintiff's exclusive rights.

H. That this Court enter a judgement against the defendant, Gannett Fleming, Inc., on Count Three of this Complaint, that the defendant committed a violation of Massachusetts General Laws, Chapter 93A.

I. On Count Three, for all damages suffered as a result for the defendant, Gannett Fleming

Inc.'s, unfair and deceptive acts and practices, and that same be trebled pursuant to Massachusetts

General Laws, Chapter 93A, together with interest, costs, and reasonable attorneys' fees.

J. For such other and further relief as the Court may deem just and equitable.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY**

The plaintiff,
Noah Greenberg,
by his attorney,

Dated: September 3, 2004

Christopher S. Finnerty, Esquire
The Law Office of Richard M. Russell, P.C.
205 Worcester Court, Unit B 2
Falmouth, Massachusetts 02540
Tel. No. 508.457.7557
BBO No. 657320

JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Noah Greenberg

**DEFENDANTS**
Town of Falmouth, and
Gannett Fleming, Inc.

(b) County of Residence of First Listed Plaintiff  **Barnstable**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Office of Richard M. Russell, P.C.
205 Worcester Court, Unit B2
Falmouth, MA 02540  (508) 457-7557

Attorneys (If Known)

04-11934 GAO

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                            and One Box for Defendant)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL PROPERTY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | **PERSONAL INJURY** | | ☐ 863 DIW C/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury— Med. Malpractice | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | ☐ 365 Personal Injury — Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 370 Other Fraud | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| | ☐ 371 Truth in Lending | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | ☐ 380 Other Personal Property Damage | | | |
| | ☐ 385 Property Damage Product Liability | | | |

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION  (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C Section 101, (copyright infringement)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY  (See instructions):
JUDGE _____       DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.   Title of case (name of first party on each side only) Noah Greenberg v. Town of Falmouth

2.   Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See

local rule 40.1(a)(1)).

☐   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

☒   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,          *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.             for patent, trademark or copyright cases

☐   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

☐   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

☐   V.    150, 152, 153.

3.   Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
     this district please indicate the title and number of the first filed case in this court.

4.   Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                              YES ☐    NO ☒

5.   Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
     28 USC §2403)

                                                              YES ☐    NO ☒

     If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                              YES ☐    NO ☐

6.   Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                              YES ☐    NO ☒

7.   Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
     Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
     40.1(d)).

                                                              YES ☒    NO ☐

     A.   If yes, in which division do all of the non-governmental parties reside?

          Eastern Division ☒        Central Division ☐        Western Division ☐

     B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
          agencies, residing in Massachusetts reside?

          Eastern Division ☐        Central Division ☐        Western Division ☐

8.   If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
     yes, submit a separate sheet identifying the motions)

                                                              YES ☐    NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Christopher S. Finnerty

ADDRESS 205 Worcester Court Unit B2, Falmouth, MA 02540

TELEPHONE NO. (508)457-7557