AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

**SUMMONS IN A CIVIL CASE**

Noah Greenberg  V.  Town of Falmouth, and Gannett Fleming, inc.

CASE NUMBER:

**04-11934 GAO**

TO: (Name and address of Defendant)

The Town of Falmouth
59 Town Hall Square
Falmouth, Massachusetts, 02540

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher S. Finnerty
Law Office of Richard M. Russell, P.C.
205 Worcester Court, Unit B2
Falmouth, Massachusetts, 02540

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              9-3-04

CLERK                                                     DATE

(By) DEPUTY CLERK

**Barnstable County Sheriff's Office**

I hereby certify and return that on **September 10, 2004 at 11:15 AM** I served a true and attested copy of Summons & Complaint, in hand to Crystal Flagg agent able to accept civil process for the within named Defendant, Town of Falmouth (c/o Robert L. Whritenour, Jr.), at the last and usual business address to wit: 59 Town Hall Square, Falmouth, MA 02540.

Fee:    $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA 02644

☐ Returned unexecuted. _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.