AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Noah Greenberg   V.   Town of Falmouth, and Gannett Fleming, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-11934 GAO

TO: (Name and address of Defendant)

Gannett Fleming, inc.
207 Senate Avenue
Camp Hill, Pennsylvania 17011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher S. Finnerty
Law Office of Richard M. Russell, P.C.
205 Worcester Court, Unit B2
Falmouth, MA 02540

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  9-3-04



Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

September 9, 2004

I hereby certify and return that on 9/7/2004 at 01:55 pm I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by delivering in hand to Michael Harie, clerk and agent, person in charge at the time of service for Gannett Fleming, Inc., at , 150 Wood Road, Braintree, MA 02184.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.68) Total Charges $45.18

_____
Deputy Sheriff

**Deputy Sheriff William M Blake**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                                      *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.