UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11934GAO

NOAH GREENBERG, )
    Plaintiff )
   )
v. )
   )
TOWN OF FALMOUTH and )
GANNETT FLEMING, INC., )
    Defendants )

**MOTION OF DEFENDANT, TOWN OF FALMOUTH, FOR LEAVE
TO EXTEND TIME WITHIN WHICH TO RESPOND
TO PLAINTIFF'S COMPLAINT – ASSENTED TO**

The defendant, Town of Falmouth, hereby moves for leave to extend the time within which it must file an Answer or otherwise respond to the plaintiff's Complaint by an additional fourteen (14) days, up to and including **October 14, 2004.** As grounds therefor, the defendant states that it requires the additional two-week time period in order to prepare its response to plaintiff's pleading, and that this enlargement of time will not unduly delay the proceedings in this matter nor cause prejudice to the plaintiff. Moreover, this Motion is **ASSENTED TO** by counsel for the plaintiff.

    The Defendant, TOWN OF FALMOUTH,
    By its attorneys,

    **PIERCE, DAVIS & PERRITANO, LLP**

    _____
    John J. Davis, BBO #115890
    Daniel G. Skrip, BBO #629784
    Ten Winthrop Square
    Boston, MA 02110
    (617) 350-0950

ASSENTED TO:

*[signature]*

Christopher S. Finnerty, Esq., BBO #657320
Law Office of Richard M. Russell, P.C.
205 Worcester Court, Unit B2
Falmouth, MA 02540
508-457-7557

Dated: September 27, 2004

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 9-28-04