UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOAH GREENBERG,<br>    Plaintiff,<br><br>v.<br><br>GANNETT FLEMING, INC.,<br>    Defendant/<br>    Cross-Claim Plaintiff,<br>and<br>TOWN OF FALMOUTH<br>    Defendant/<br>    Cross-Claim Defendant. | C.A. NO. 04-11934GAO |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Attorney Daniel G. Skrip, the undersigned, certifies that, pursuant to Local Rule 7.1, he conferred with Plaintiff's counsel to narrow the issues raised in **Defendant Town of Falmouth's Motion for Summary Judgment on Plaintiff's Claims**, filed herewith. Unfortunately, the parties were unable to resolve their discovery dispute.

                                                      Daniel G. Skrip

Dated: November 2, 2004

*I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail in compliance with M.R.C.P. on 11-4-04.*