UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION No. 04-1139-GAO

NOAH GREENBERG,
    Plaintiff

v.

TOWN OF FALMOUTH and
GANNETT FLEMING, INC.,
    Defendants

## NOTICE OF WITHDRAWAL

The Plaintiff in the above-captioned matter has retained Richard M. Russell, Esquire as counsel in this matter. Kindly withdraw my appearance as counsel for the Plaintiff, Noah Greenberg in the above-captioned matter.

Dated: November 10, 2004

Christopher S. Finnerty, Esquire
PO Box 459
Cataumet, MA 02534
Telephone No. (774) 487-1634
BBO No. 657320

---

**Certificate of Service**

I, Christopher S. Finnerty, hereby certify that on this day I made service of this written document by mailing a true and accurate photocopy of same, by first class mail to all counsel of record.

Christopher S. Finnerty
Dated: November 10, 2004

-1-