UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

| | |
|---|---|
| NOAH GREENBERG )<br>    Plaintiff )<br>)<br>v. )<br>)<br>TOWN OF FALMOUTH, )<br>AND GANNETT )<br>FLEMING, INC., )<br>    Defendants )<br>)<br>v. )<br>)<br>TOWN OF FALMOUTH, )<br>    Third-Party )<br>    Defendant ) | |

**DEFENDANT GANNETT FLEMING'S RULE 26
INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), defendant and third-party plaintiff Gannett Fleming, Inc. ("Gannett") makes the following initial disclosures:

**A.**    **Individuals Likely to Have Discoverable Information:**

Excluding those individuals who may be used solely for purposes of impeachment, the following individuals may have discoverable information that Gannett may use to support its claims or defenses. Also listed is a general description of the subjects of the information they may possess, as well as the address and telephone numbers for each individual, to the extent known to Gannett. The individuals identified and subjects of information enumerated are "initial," based on information currently available. Individuals with information as well as the subjects of information may broaden or change as discovery occurs. Accordingly, Gannett does not limit itself to these initial disclosures and reserves its right to supplement this response.

| #   | NAME/ADDRESS | SUBJECT(S) OF INFORMATION |
|-----|--------------|---------------------------|
| 1.  | Jeff Alberti<br>Gannett Fleming, Inc.<br>150 Wood Roadm Suite 400<br>Braintree, MA 02184<br>781-380-7750 | Project Manager |
| 2.  | Architectural Engineers, Inc.<br>77 Summer Street, 5th Floor<br>Boston, MA 02110<br>617-542-0810 | Did mechanical, electrical, plumbing, and fire protection plans/drawings between January 2003 and June 2004. The point-person from AEI on this project was Dennis Blais. |
| 3.  | Carl N. Campagna<br>Gannett Fleming | |
| 4.  | Dwight Silvia<br>D.D.S. Industries, Inc.<br>P.O. Box 494<br>Somerset, MA 07026<br>508-678-3698 | |
| 5.  | Eladio R. Gore<br>Town of Falmouth<br>59 Town Hall Square<br>Falmouth, MA 02540<br>Fax: 508-548-4290 | Falmouth Building Commissioner |
| 6.  | Noah Greenberg<br>Noah Greenberg Associates<br>22 Beebee Acres Road<br>Falmouth, MA 02540 | Plaintiff-architect |
| 7.  | James M. Howe, P.D.<br>Howe Engineers, Inc. | Authored 7/1/03 consultant's report to Town. |
| 8.  | Bill Lawliss<br>Essex, MA<br>978-618-7885 | Assisted Gannett Fleming in door schedules/hardware, manufacturer's representative |
| 9.  | John Lyons<br>Falmouth DPW | Highway Division Superintendent |
| 10. | John Masland<br>Formerly Gannett Fleming | Geotechnical report. |
| 11. | Pete Newsham<br>Formerly Gannett Fleming | Drilled soil borings. |
| 12. | Shardell Newton | Facilities Manager |
| 13. | Donald B. Nicholas, P.E.<br>Gannett Fleming | |

| # | NAME/ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| 14. | Ron Nielson<br>Town of Falmouth<br>508-457-2543 | Highway Supervisor |
| 15. | William B. Owen<br>Falmouth DPW | Director. Signed 4/1/03 letter. |
| 16. | Brian Dale<br>Falmouth Parks Dept. | |
| 17. | Eddie Valeriani<br>Falmouth Parks Dept. | Mechanic |
| 18. | James Parkes<br>Gannett Fleming | Geotechnical report. |
| 19. | Richard Patterson | Electrician |
| 20. | Joe Remonid<br>Architectural Engineers, Inc. | Mechanical Engineer, HVAC |
| 21. | Robert Charles Group | Falmouth contracted with RCG in 1994 |
| 22. | Paul D. Smith<br>Gannett Fleming | Structural Engineer |
| 23. | Paul W. Smith<br>Gannett Fleming | Septic system testing |
| 24. | Don Swire | Assistant Super. |
| 25. | Richard DeCoste<br>Michael Perpall<br>Woodbrier Associates, Inc.<br>12 Woodbrier Road<br>West Roxbury, MA 02132<br>Fax: 617-327-7089 | |

**B.    Documents, Data Compilations, and Tangible Things:**

Excluding those documents, data compilations, and tangible things that may be used solely for purposes of impeachment, the following categories of such items, are in the possession, custody, or control of Gannett:

- Correspondence between the parties to this action.
- Documents related to the Falmouth DPW project.
- Documents related to any and all agreements between the parties.

Gannett provides this disclosure without waiving any privilege, including, but not limited to, any attorney-client privilege or work product privilege. The documents constituting Gannett's production are located at the offices of Gannett's counsel. Gannett's counsel is producing copies to counsel for the two other parties (plaintiff and the Town). Gannett reserves the right to supplement this response.

**C.    Computation of Damages:**

Gannett is one of the defendants in this action, such that it does not bear the burden of showing damages initially. However, Gannett is also a third-party plaintiff, in its cross-claim against the other defendant, the Town of Falmouth. Gannett has made contribution and indemnification claims against the Town, such that Gannett's damages will be determined by the damages that will be determined in the lawsuit against the defendants (if any), for which damages (if any) Gannett expects to be held harmless, by its indemnitor, the Town of Falmouth.

**D.    Insurance Information:**

Gannett is being defended in this case under its liability policy No. DPR9403072, issued by XL Environmental [Claim No. 12-XLDP-10653-MSE]. A copy of the XL policy will be made available upon request.

DEFENDANT, GANNETT FLEMING, INC.,
By Its Attorneys,
MICHIENZIE & SAWIN LLC

Dated: 7/1/05

BY: _____
Paul Michienzie – BBO#548701
John C. Barker – BBO#637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

**CERTIFICATE OF SERVICE**

I, John C. Barker, attorney for defendant, hereby certify that I have on this 1st day of July 2005, served a copy of the foregoing Rule 26 Disclosure Statement, by mailing a copy of same, postage prepaid, to attorney for plaintiff, Richard M. Russell, Esq., Heritage Place Condominium, 205 Worcester Court, Unit B2, Falmouth, MA 02540 and Daniel G. Skrip, Esq., Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston 02110-1257.

_____
John C. Barker

00069416.DOC

5