UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOAH GREENBERG,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FALMOUTH and<br>GANNETT FLEMING, INC.,<br>    Defendants. | C.A. NO. 04-11934GAO |

**MOTION OF DEFENDANT TOWN OF FALMOUTH TO EXTEND
BY ONE DAY THE TIME WITHIN WHICH IT HAS TO RESPOND
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant Town of Falmouth ("Falmouth") hereby moves to extend by one day the time within which it must respond to Plaintiff's motion for preliminary injunction. Falmouth's Opposition is due today, August 10, 2005. Falmouth would like until August 11, 2005, to file it's opposition. As grounds therefor, Falmouth states that it requires the additional day in order to prepare an opposition accounting for the numerous aspects that need to be addressed, and to consult with the numerous involved town employees. This enlargement of time will not unduly delay the proceedings in this matter nor cause prejudice to any other party.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 8/10/05

The Defendant,
TOWN OF FALMOUTH,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: August 10, 2005