UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

| | |
|---|---|
| NOAH GREENBERG | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF FALMOUTH, | ) |
| AND GANNETT | ) |
| FLEMING, INC., | ) |
|     Defendants | ) |

## CERTIFICATE OF SERVICE of Defendant Gannett Fleming's Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction

I, Paul Michienzie, attorney for defendant Gannett Fleming, Inc., hereby certify that I have on this 10th day of August 2005, served a copy of the foregoing document:

Defendant Gannett Fleming's Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction by mailing a copy of same, postage prepaid to:

Richard Russell, Esq.
The Law Office of Richard M. Russell, P.C.
205 Worcester Court, Unit B 2
Falmouth, MA 02540

Daniel Skrip, Esq.
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston 02110-1257

{00071683.DOC}

1

The Defendant,
GANNETT FLEMING, INC.

By its attorneys,

Dated: 8/10/05

Paul Michienzie, Esq. – BBO #548701
John C. Barker, Esq. – BBO #637406
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA   02116-2636
Tel. 617-227-5660

{00071683.DOC}