UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOAH GREENBERG,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FALMOUTH and<br>GANNETT FLEMING, INC.,<br>    Defendants. | C.A. NO. 04-11934GAO |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

    Attorney Daniel G. Skrip, the undersigned, certifies that, pursuant to Local Rule 7.1, he conferred with Co-Defendant's counsel who assented to **Motion of Defendant Town of Falmouth to Extend by One Day the Time Within Which it Has to Respond to Plaintiff's Motion for Preliminary Injunction**. Attorney Skrip certifies that he attempted to confer with Plaintiff's counsel to narrow the issues, but Plaintiff's counsel was unavailable.

                                                          Daniel G. Skrip

Dated: August 10, 2005

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on __8/11/05__ .