UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION No. 04-11934-GAO

NOAH GREENBERG,
Plaintiff

v.

TOWN OF FALMOUTH and
GANNETT FLEMING, INC.,
Defendants

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT TOWN OF FALMOUTH'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION--UNOPPOSED**

Now comes the plaintiff in the above-captioned action, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, and respectfully requests leave to file a reply to the defendant Town of Falmouth's opposition to the plaintiff's motion for preliminary injunction.

In support hereof, the plaintiff states the following:

The plaintiff has filed a motion for preliminary injunction, and the motion is scheduled for hearing on November 22, 2005.

In his motion, the plaintiff, in discussing the element of likelihood of success on the merits, attempted to respond to the most salient of myriad affirmative defenses the defendants raised, though, given the stage of the proceedings, was required to do so summarily.

In responding to the plaintiff's motion, the Town of Falmouth has singularly advanced the defense of implied license.

The law of implied license in architectural drawings is both relatively sparse and complex. The plaintiff desires to present a meaningful argument on that issue, and presumably the court might benefit from a balanced presentation of the issue.

Both defendants are unopposed to this motion (provided the plaintiff will not oppose their efforts to present argument responsive to the reply memorandum).

Submitted herewith is the Plaintiff's Reply to Defendant Town of Falmouth's Opposition to Plaintiff's Motion for Preliminary Injunction.

**Certificate of Service**

I, Richard M. Russell, hereby certify that I this day made service of the within document by mailing a true photocopy of same, first class mail, postage prepaid, to counsel of record for the Town of Falmouth, John Davis, Esquire, Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston, Massachusetts 02110, and counsel of record for Gannett Fleming, Inc., Paul Michienzie, Esquire, Michienzie & Sawin, LLC, 745 Boylston Street, 5th Floor, Boston, Massachusetts 02116.

Richard M. Russell

Dated: November 15, 2005

Respectfully submitted,
the plaintiff,
Noah Greenberg,
by his attorney,

_____
Richard M. Russell, Esquire
Heritage Place Condominium
205 Worcester Court
Unit B 2
Falmouth, Massachusetts 02540
Telephone No. 508.457.7557
BBO No. 561997
Dated: November 15, 2005