UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION No. 04-11934-GAO

NOAH GREENBERG,
    Plaintiff

v.

TOWN OF FALMOUTH and
GANNETT FLEMING, INC.,
    Defendants

**PLAINTIFF'S REPLY TO DEFENDANT TOWN OF FALMOUTH'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

EXHIBIT A

# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

| | | |
|---|---|---|
| Joel F. Pierce<br>John J. Davis *<br>Judith A. Perritano<br>John J. Cloherty III *<br><br>Of counsel:<br>Gerald Fabiano<br>Jeffrey M. Sankey* | TEN WINTHROP SQUARE<br>BOSTON, MA 02110-1257<br><br>TELEPHONE (617) 350-0950<br>FACSIMILE (617) 350-7760 | James M. Dunn ♦<br>David C. Hunter †<br>John R. Felice<br>Robert S. Ludlum †●<br>Maureen L. Pomeroy<br>Daniel G. Skrip ♦<br>Darlene M. Tonucci ■<br><br>* also admitted in RI<br>♦ also admitted in PA<br>† also admitted in NY<br>● also admitted in CT<br>■also admitted in FL |

Daniel G. Skrip
extension 109
dskrip@piercedavis.com

October 11, 2005

**Via Facsimile**

Attorney Richard M. Russell          Attorney John C. Barker
Heritage Place Common                Michienzie & Sawin LLC
205 Worcester Court, Unit B 2        745 Boylston Street, 5th Floor
Falmouth, Massachusetts              Boston, Massachusetts 02116-2636

Re:   *Noah Greenberg v. Town of Falmouth, et al.*

Gentlemen:

I understand the attached to be the contract at play in this action. I hope to confirm this with Bill Lynch tomorrow. I look forward to seeing you at the upcoming deposition. I realize I have some discovery due. Thank you for your patience.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

Daniel G. Skrip

DGS/dtm
Attachment

# Department of Public Works



59 Town Hall Square
FALMOUTH, MASSACHUSETTS 02540

WILLIAM B. OWEN, P.E.
Director

February 01, 1994

Mr. Noah Greenberg
Robert Charles Group
411 Waquoit Highway
Falmouth, MA  02536

SUBJECT:        PUBLIC WORKS SERVICE MAINTENANCE FACILITY

Dear Mr. Greenberg:

Please be advised the Board of Selectmen at their meeting on January 31, 1994 awarded your firm the contract for preparing preliminary plans for the above captioned facility for your submitted lump sum proposal of Seven Thousand Eight Hundred Dollars ($7,800.).

Work shall be done in accordance with the Town of Falmouth scope of work dated November 09, 1993, copy of which is enclosed.

Please contact me and I will furnish you any existing information you may need to proceed with this project.

I look forward to working with the Robert Charles Group.

Very truly yours,

William B. Owen, Director
Department of Public Works

WBO/smh
Enclosure
cc:  Paul Ullo, Town Accountant

Department of Public Works   59 Town Hall Square
FALMOUTH, MASSACHUSETTS 02540

WILLIAM B. OWEN, P.E.
   Director

## TOWN OF FALMOUTH

### REQUEST FOR PROPOSALS

The Town of Falmouth Department of Public Works requests Architectural Consultant Services to prepare preliminary plans for the expansion and renovation of the existing Public Works Service Maintenance Facility at 416 Gifford Street.

Fee proposals will be received in the Office of the Director of Public Works, 59 Town Hall Square, Falmouth, MA until 2:00 P.M. on Tuesday, December 07, 1993 at which time and place the Proposals will be publically opened and read.

Proposals must be submitted in sealed envelopes, plainly marked on the outside of the envelope "PROPOSAL FOR ARCHITECTURAL CONSULTANT SERVICES, MUNICIPAL SERVICE MAINTENANCE FACILITY".

The full scope of services may be obtained at the Office of the Director of the Director of Public Works, 59 Town Hall Square, Falmouth, MA 02540 between 8:30 A.M. and 5:00 P.M. Monday through Friday, Telephone: (508) 548-7611.

The Town of Falmouth reserves the right to waive any informalities in the proposals and to reject any and all proposals and the right to award the bid, or parts thereof, as may be determined by the funds available, in the best interest of the Town of Falmouth. Bids are welcome from minority and female businesses.

William B. Owen, P.E.
Director of Public Works

The Enterprise
November 09, 1993

TOWN OF FALMOUTH

DEPARTMENT OF PUBLIC WORKS

REQUEST FOR ARCHITECTURAL CONSULTANT SERVICES

MUNICIPAL SERVICE MAINTENANCE FACILITY

GENERAL

The Town of Falmouth Department of Public Works requests Architectural Consultant Services to prepare preliminary plans for the expansion and renovation of the existing Public Works Service Maintenance Facility at 416 Gifford Street, Falmouth.

The Consultant must exhibit to the Town the firm has experience and the technical knowledge to work with older building components and to introduce new design elements and efficient building materials into the existing facility.

The consultant must listen and communicate with the Town to determine the specific objectives of the project and have the ability to translate these goals into a design program which respects existing conditions, new space requirements, aesthetic features and budget considerations.

SCOPE OF SERVICES

A. Space Planning

1. Meet with DPW Director and staff to determine future space requirements for a centralized facility at the present Gifford Street location. The Department's objective is to expand the facility to accomodate present and future equipment storage needs, locate Water Department maintenance facility at this location, centralize offices, update mechanic repair areas, review traffic flow patterns within the building and recommend improvements.

2. Study other areas such as bathroom facilities, locker facilities, storage rooms, lubrication facilities, lunch areas, etc. and recommend improvements.

3. The Town will supply the consultant with a list of all equipment that is garaged at this facility.

4. The Town will furnish the consultant existing building plans and site plan.

5. Determine from the collected information what the future space plan should include in terms of building size, general floor plan, parking and access, and support facilities.

B. Site Planning

1. The consultant will view the present site and plan building renovations and/or additions so there will be smooth and uncongested traffic flows within the site. The Town shall supply the consultant a current and up-to-date site plan.

2. The Town has recently installed a Municipal Fuel Center at this location, so no planning is required for a facility of this type.

C. Preliminary Plan

1. Prepare preliminary architectural plans showing present building layout and proposed additions and renovations. Building elevations shall also be included as part of these plans. A rendering of the new building shall also be included. These plans should be prepared at a scale of not less than 1/8" per foot.

2. Upon finalization of proposed work and following approval, the consultant shall furnish the Town six (6) copies of the preliminary plans and one (1) reproducible mylar.

3. The consultant shall also furnish the Town a conceptual site plan indicating proposed additions.

4. As part of the preliminary plan task, the consultant shall present a brief report to include recommendations for upgrading the mechanical and electrical systems.

D. Cost Estimate

1. Using the plans prepared in the above tasks, the consultant shall prepare an estimate of probable construction cost. The cost estimate is to reflect current construction costs. Cost estimates are also to include any upgrading of mechanical and electrical systems.

E. Other Services

1. The consultant shall inspect existing roof areas of the present building and present a brief report and details for correcting the present roof problems along with an estimated cost of such repairs.

2. The consultant shall explore the availability of any Federal and State Grants that may be available for construction.

10/11/2005 17:30 FAX 16173507760    Pierce Davis & Perritano    ☑007

-3-

PROPOSAL

1. The consultant shall base his fee on a <u>lump sum fee</u> for all of the above work.

2. All proposals shall be submitted to:

   William B. Owen, P.E.
   Director of Public Works
   59 Town Hall Square
   Falmouth, MA  02540

   Telephone:  (508) 548-7611, Ext. 231

3. The consultant shall submit with his proposal a current Certificate of Professional Liability Insurance.

PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110

# TELECOPY COVER SHEET

DATE: October 11, 2005           OUR FILE NO: 282-0402538

TOTAL NUMBER OF PAGES: -7-       (INCLUDING THIS SHEET)

PLEASE DELIVER THE FOLLOWING PAGES TO:

**Facsimile No.**           :    (508) 548-2477

**Name**                    :    Attorney Richard M. Russell
****************************************************************************

**From**                    :    Pierce, Davis & Perritano, LLP

**Name**                    :    Attorney Daniel G. Skrip

**Phone No.**               :    (617) 350-0950

**Facsimile No.**           :    (617) 350-7760

****************************************************************************
**Regarding**               :    Greenberg v. Falmouth, et al.
****************************************************************************
**Remarks:**

NOTE:   If you do not receive all the pages, please call back as soon
        as possible: (617) 350-0950.

The documents included with this facsimile transmission sheet contain information from the law firm of Pierce, Davis & Perritano, LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee named on this transmittal sheet. If you are not the addressee, note that any disclosure, photocopying, distribution or use of the contents of this faxed information is prohibited. If you have received this facsimile in error, please notify us by telephone (collect if you wish) immediately so that we can arrange for the retrieval of the original documents at no cost to you.

| | |
|---|---|
| Subj: | **Greenburg/Falmouth** |
| Date: | 10/12/2005 8:43:19 AM Eastern Standard Time |
| From: | DSkrip@piercedavis.com |
| To: | capecodlaw@aol.com, jb@masatlaw.com |

Sent from the Internet (Details)

Gentlemen:

I have confirmed this morning with Bill Owens (mistakenly referred to as 'Lynch' in my letter yesterday) that, as suspected, the document I attached to my letter dated October 11, 2005, is the contract at play in this action.

I look forward to seeing you at the upcoming deposition.
dgs

Attorney Daniel G. Skrip
Pierce, Davis & Perritano, LLP
10 Winthrop Square
Boston, Massachusetts 02110-1257

Telephone: 617 350 0950 ext. 109
Facsimile: 617 350 7760

**This e-mail communication is CONFIDENTIAL, intended only for the designated addressee, and covered by the attorney-client communication privilege. You received this e-mail in error if you are not the designated addressee. Please do not forward, copy or print it; instead, erase it from all magnetic, electronic or other databases. Thank you.**