UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION No. 04-11934-GAO

NOAH GREENBERG,
    Plaintiff

v.

TOWN OF FALMOUTH and
GANNETT FLEMING, INC.,
    Defendants

**PLAINTIFF'S REPLY TO DEFENDANT TOWN OF FALMOUTH'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

EXHIBIT B

**NGA**  NOAH GREENBERG ASSOCIATES    ARCHITECTS
22 Beebe Acres Road, Falmouth, Massachusetts 02540    (508) 457-0424

February 7, 2000

Mr. Bill Owen
Director, Falmouth D.P.W.
Falmouth Town Hall
Falmouth, MA. 02540

Dear Bill,

   I am delivering to you, the reduced sized drawings for the proposed D.P.W. alterations and additions project that we prepared back in 1994. I hope these drawings along with the color rendering that I just prepared, will be of help to you in your quest for funding for the project. You can reproduce these drawings via Xerox or color Xerox at your will, providing only that our NGA title block is included with all reproductions as a copyright for the design.

   There is no charge for these drawings, but I expect to hear from you when the project is finally funded as we know it must be in the near future. Good luck and godspeed.

Sincerely,

Noah

Noah Greenberg