Page 34

1       at their January 31, 1994 meeting.
2  Q. Who wrote on this letter, if you know?
3       THE WITNESS: What I just repeated?
4       MR. RUSSELL: Yes.
5  A. That was circled and written by Peter Boyer who was
6       the Town Administrator.
7  Q. Did you receive this back from Mr. Owen with that
8       handwriting on it?
9  A. Yes.
10      MR. SKRIP: From whom, Mr. Owen or
11     Mr. Boyer?
12      MR. RUSSELL: Mr. Boyer.
13 Q. Did you understand my question to mean Mr. Boyer?
14 A. Repeat?
15 Q. Did you understand my question to mean Mr. Boyer,
16    that you received this document back from Mr. Boyer?
17 A. Yes, I did.
18 Q. On Exhibit 3, Mr. Owen, your name is indicated
19    followed by P.E., can you tell me what the P.E.
20    means?
21 A. Professional Engineer.
22 Q. For how long have you had that designation?
23 A. A long time. I can't recall.
24 Q. Is there an educational requirement that corresponds

Page 35

1    to the designation P.E.?
2 A. There are requirements to obtain a P.E., which is
3    graduation from an accredited school, a college of
4    the particular engineering branch and four years'
5    experience following your graduation. And I'm also
6    registered in four other states other than
7    Massachusetts.
8 Q. As a Professional --
9 A. As a Professional Engineer.
10 Q. Do you have any other designation?
11 A. No.
12     MR. SKRIP: Can we take a two-second break?
13     MR. RUSSELL: Absolutely.
14     (BRIEF RECESS)
15     MR. RUSSELL: Back on.
16 Q. Mr. Owen, just following up on your recent answers
17    about your educational background. Can you tell me
18    when you completed the educational requirements to
19    obtain the designation P.E., roughly?
20 A. 1957.
21 Q. Have you had any further formal education other than
22    seminars --
23 A. No.
24 Q. -- since then? A lot of work experience?

Page 36

1 A. A lot of work.
2 Q. Returning to Exhibit Number 4, which has been
3    marked. As you read that today, do you see anything
4    about that letter that you would characterize as
5    inaccurate?
6 A. No.
7     (EXHIBIT 5 MARKED FOR IDENTIFICATION)
8 Q. Mr. Owen, the court reporter has marked the next
9    document as Exhibit Number 5. This is a document
10   dated February 01, 1994 under the signature William
11   B. Owen, Director. I'd ask you to take a look at
12   that and let me know if you're familiar with that
13   document?
14 A. (Witness perusing document) Yes.
15 Q. The third paragraph of that letter states, "Please
16   contact me and I will furnish you any existing
17   information you may need to proceed with this
18   project." And I'd ask you if you recall that you
19   furnished any information, I'll say, to Mr. Greenberg
20   since the letter is addressed to him?
21 A. What was the question again?
22 Q. This letter is addressed to Mr. Greenberg?
23 A. Yes.
24 Q. And the third paragraph states, "Please contact me

Page 37

1    and I will furnish you any existing information you
2    may need to proceed with this project." And the
3    question is, do you recall that you actually provided
4    Mr. Greenberg with any information?
5 A. Yes.
6 Q. And when did you provide Mr. Greenberg with
7    information?
8 A. I don't know the exact date. It was following the
9    date on this letter, though.
10 Q. What information did you furnish Mr. Greenberg?
11 A. Primarily, the existing -- the plans of the existing
12   facility that was built in 1967, lists of our
13   equipment and personnel at the time.
14 Q. Anything else?
15 A. I can't recall.
16 Q. Do you think there might have been anything else?
17 A. There could have been.
18 Q. Like what?
19     MR. BARKER: Objection.
20 A. I don't know.
21 Q. And you indicated previously this equipment list
22   still exists that you provided Mr. Greenberg?
23 A. Yes.
24 Q. Have you seen that recently?

Page 38

1    A.  I don't know if I've seen it recently.
2    Q.  Do you have any idea when the last time you might
3        have seen it was?
4    A.  I can't recall.
5    Q.  In the last three years?
6    A.  Three years? It could be.
7    Q.  Do you know why you would have looked at it in the
8        past three years?
9    A.  Well, the list was updated for our final project;
10       that's probably when I looked at it.
11   Q.  Do you remember how much updating was necessary?
12   A.  Well, to provide -- well, to list any new equipment
13       we may have purchased.
14   Q.  Do you recall if you identified new equipment?
15   A.  It wasn't specifically identified as new equipment.
16       It was just an equipment and vehicle list.
17   Q.  Do you recall if you identified any additional
18       equipment other than what was on this list that you
19       provided Mr. Greenberg?
20   A.  No.
21   Q.  You don't recall or it didn't?
22   A.  No, we didn't. I didn't differentiate between the
23       two lists.
24   Q.  Well, did the list change at all? I guess that's my

Page 39

1        question.
2    A.  Was there a change?
3    Q.  Did the equipment list change at all?
4    A.  Yes, it did.
5    Q.  How did it change?
6    A.  Well, some added equipment.
7    Q.  Do you recall generally what equipment was added?
8    A.  I really don't recall. I know one -- it was
9        equipment we had in place that I wanted to put in
10       this facility during the winter months, that it's
11       currently left outside at the sewer plant.
12   Q.  That's the only item that you can recall?
13   A.  Well, that I can recall, yes.
14   Q.  There was no new equipment purchases that have been
15       identified on the list?
16   A.  There probably was.
17   Q.  You don't recall what those were?
18   A.  I don't recall numbers.
19   Q.  As you look at this document today, do you notice
20       anything that's inaccurate about this document?
21   A.  No.
22       (EXHIBIT 6 MARKED FOR IDENTIFICATION)
23   Q.  Mr. Owen, in response to -- strike that. I asked you
24       with respect to Exhibit Number 5 whether you provided

Page 40

1        Mr. Greenberg with any information and you identified
2        some information that you provided. Did you provide
3        any information regarding this project to anybody
4        other than Mr. Greenberg, and I'll limit that to the
5        project, meaning preparing preliminary architectural
6        plans and all the other items identified on Exhibit
7        Number 2?
8    A.  Prior to the award or after the award?
9    Q.  At the time that you gave Mr. Greenberg the equipment
10       list, the personnel list, did you actually give him
11       the existing plans or make them available for him to
12       look at?
13   A.  We made them available.
14   Q.  At the time that you did all of that, did you provide
15       any other information to anybody else about this
16       project; that's all I'm getting at?
17   A.  No.
18   Q.  So, all the information that the Town provided
19       relevant to this project would have been what you
20       gave to Mr. Greenberg that we discussed?
21   A.  That's correct.
22   Q.  When I say "this project," I'm talking about
23       Exhibit 2, the Request for Proposals and the Scope of
24       Services --

Page 41

1    A.  Yes.
2    Q.  -- from the 1993/1994 time frame?
3    A.  Yes.
4    Q.  Mr. Owen, the next document that's been marked for
5        identification, Exhibit 6. It's entitled, "Defendant
6        Town of Falmouth's Responses to Plaintiff's First Set
7        of Interrogatories." I'm just going to ask you if
8        you recognize this document?
9    A.  (Witness perusing document) Yes.
10   Q.  Is that your signature that appears on the last page?
11   A.  Yes.
12   Q.  I'm going to direct your attention to Response Number
13       2 and I'm just going to ask you to expand upon this
14       answer a little bit. The response says, "Upon
15       information and belief, plaintiff met with me to
16       discuss the creation of the preliminary plans for
17       renovations to Falmouth's Public Works Maintenance
18       Facility. Plaintiff then created those plans for
19       renovations to Falmouth Public Works Maintenance
20       Facility." I'm going to ask you if you can tell me
21       what was discussed during these meetings that you
22       reference in Response Number 2?
23   A.  Well, I met with the plaintiff more than once. I
24       can't recall exactly what was discussed, but I

Page 42

1  related to him my ideas on what I was looking for
2  with this new facility.
3  Q. And what were those ideas?
4  A. Added offices -- or not added, new offices, new
5  lunchroom, more vehicle and equipment storage, an
6  indoor wash bay, amongst other things.
7  Q. Did you tell him where any of these items should be
8  located?
9  A. I didn't specifically tell him where they should be
10  located, because the site pretty much dictates that.
11  Offices in the front, storage in the back.
12  Q. Did you discuss that with him?
13  A. I believe I did.
14  Q. Before the plans were created?
15  A. Before?
16  Q. Before any plans were created?
17  A. Well, they were in the process of being created, I
18  would say.
19  Q. What do you recall about that discussion?
20  A. I don't understand your question.
21  Q. Well, you said you recall discussing with him that
22  the offices should be in the front and the vehicle
23  storage in the back, what do you recall specifically
24  about the context in which that discussion took

Page 43

1  place?
2  A. Well, there were several meetings that I had with
3  Mr. Greenberg.
4  Q. How did that subject come up, the subject of
5  placement of offices and storage?
6  A. I don't know how it really came up. It was part of
7  the project. For him to determine and for me to
8  instruct him where I wanted these building components
9  placed.
10  Q. And so, did you instruct him that the offices should
11  go in the front --
12  A. Absolutely.
13  Q. -- and the storage should go in the back?
14  A. That's correct.
15  Q. Did you give him any instructions about how those
16  items should be designed? How the office should be
17  designed or how the vehicle storage should be
18  designed?
19      MR. BARKER: Objection.
20  A. No. I left it up to him.
21      MR. RUSSELL: What's the objection?
22      MR. BARKER: I think you said something
23  about instructed him, and then your question was did
24  he instruct him about how they should be designed and

Page 44

1  I think there was an overlap. It's an objection to
2  the form. So, in other words, I think he said he did
3  instruct him as to some aspect of the design; and
4  then your question was, did he instruct him as to
5  anything else about the design and he said no.
6  Q. The second sentence of Response Number 2 says,
7  "Plaintiff then created those plans for renovations
8  to Falmouth's Public Works Maintenance Facility." Do
9  you recall discussing the plans that were created by
10  Mr. Greenberg with Mr. Greenberg?
11  A. Well, he created the plans. That was the end of the
12  project.
13  Q. Did you have any discussion with him about the
14  plans?
15  A. Well, yes. We had discussions as they were being
16  developed.
17  Q. After they were created?
18  A. No. No. I don't recall.
19  Q. Did you discuss with him how you or the Town intended
20  to use those plans?
21  A. No.
22  Q. Do you recall that you discussed the plans with
23  anybody else at the Town?
24  A. Well, like I said earlier, they were presented to the

Page 45

1  Board of Selectmen.
2  Q. So, you discussed them in front of the Board of
3  Selectmen?
4  A. Correct.
5  Q. Do you recall either before presenting them to the
6  Board of Selectmen or after presenting them to the
7  Board of Selectmen, that you discussed them with
8  anybody else in the Town?
9  A. Well, with my Department heads that would be housed
10  in this facility.
11  Q. What do you recall about those conversations?
12  A. I can't recall.
13  Q. Any recollection at all?
14  A. Other than, you know, we looked at the plans in
15  general. They saw where their offices were going to
16  be, added vehicle storage; that was it.
17  Q. When you presented the plans to the Selectmen, did
18  you comment on them?
19  A. I'm sure I did, but I don't know what comments I made
20  at the meeting.
21  Q. Did you characterize them as favorable or
22  unfavorable? Were you attempting to have the project
23  proceed when you presented the plans to the
24  Selectmen?

Page 46

1  A. Well, I considered them favorable because they were
2     presented to the Selectmen. We paid the final bill.
3     If they were unfavorable, I wouldn't have paid the
4     bill.
5  Q. When you presented them to the Selectmen, rather than
6     me trying to guess what your intent was, could you
7     tell me what your intent was in presenting them to
8     the Selectmen?
9  A. My intent was to let them know the magnitude of the
10    project dollarwise, that's what they're mainly
11    interested in.
12 Q. Did they ask you if you supported the project?
13 A. I supported the project prior to when the plaintiff
14    developed the plans.
15 Q. Did they ask you if you supported the project as
16    reflected on the plans that you had presented, or was
17    that just assumed because you wouldn't have presented
18    them unless you wanted the project to proceed
19    according to the plans?
20       MR. BARKER: Objection.
21 A. I made the presentation. I supported the project.
22 Q. Do you recall when that was, when you presented them
23    to the Selectmen?
24 A. I believe it's in one of the earlier exhibits,

Page 47

1     January '94.
2  Q. Do you believe you had a budget in January of '94?
3  A. No, no. No budget.
4  Q. Do you think you had the plans in January of '94?
5  A. Wait a minute. Well, this was for the award to
6     Greenberg. Repeat your question, please?
7  Q. You know, I asked you if you discussed the plans
8     with anybody other than Mr. Greenberg and you said
9     Department heads and the Selectmen. I'm trying to
10    narrow down the time period, when this presentation
11    to the Selectmen took place?
12 A. I can't recall.
13 Q. Even a year, if you could?
14 A. I can't recall.
15 Q. Other than discussing the plans with the Department
16    heads and the Selectmen, do you recall any other
17    discussions about the plans, I'll say, until May of
18    2001?
19 A. It may have been discussed with the local paper;
20    that's news.
21 Q. Sure. Any other discussions?
22 A. I can't recall.
23 Q. And your discussions with the Department heads so
24    far, I think what you said, is you showed them where

Page 48

1     the offices are. Do you recall any comments about
2     the plans as they were shown to the Department heads?
3  A. I can't recall.
4  Q. Do you recall any discussion about the plans at the
5     time that they were being shown to the Department
6     heads?
7  A. I can't recall any. They were shown the plans and
8     they reacted favorably just to get a new facility.
9  Q. Did anybody comment that some changes might be
10    appropriate?
11 A. No, I don't think so. I can't recall at the time.
12 Q. I understand, it was a number of years ago. I'm just
13    asking for your best recollection. Do you know of
14    anybody else at the Town that was provided with the
15    plans commented on the plans?
16 A. I don't believe so.
17 Q. Earlier, I asked you about what information was
18    provided to Mr. Greenberg in trying to accomplish
19    this project and whether any information was provided
20    to anybody other than Mr. Greenberg. I'm fearful
21    that I'm falling into the trap of referring to you as
22    the Town, but really, I'm trying to learn what the
23    Town did with respect to this project. I know you
24    were responsible for a lot of that, but I hope that

Page 49

1     in answering these questions, if I refer to you, but
2     you're familiar with information that somebody at the
3     Town did that might be responsive to my question,
4     that you'll keep that in mind and try to make me
5     aware of that; is that fair?
6  A. Okay.
7  Q. Thank you.
8       (EXHIBIT 7 MARKED FOR IDENTIFICATION)
9  Q. Mr. Owen, I present to you what's been marked as
10    Exhibit Number 7 and ask you if you're familiar with
11    that document.
12 A. (Witness perusing document) Yes, I am. It's
13    addressed to me.
14 Q. This is a letter dated August 5, 1994 under the
15    signature of Noah Greenberg, AIA and addressed to a
16    Mr. William B. Owen. And I guess my question is, do
17    you have any specific recollection of having received
18    that letter?
19 A. I don't really have a specific recollection, but I'm
20    sure I did.
21 Q. Do you recall when you took any action in response to
22    that letter?
23 A. I think following this we completed our review.
24 Q. The letter indicates that some schematic design

Page 50

1   drawings were delivered on March 15th, 1994. Do you
2   have a recollection of that?
3   A. I don't recall the exact date, but it could be.
4   Q. The letter is dated August 5th, 1994. Is there any
5   reason why there would be almost a four-month delay
6   in responding to the schematic designs that have been
7   presented in March, other than, you know, just being
8   generally busy with other work?
9   A. Well, one of the reasons is we were into our
10  construction season, which takes a lot of my time,
11  road work, drainage, sidewalk contracts. In March
12  we're into getting into April, Town meetings.
13       MR. BARKER: Can I ask you on Exhibit 7 --
14  I don't see the word "schematic." Am I missing
15  something?
16       MR. RUSSELL: No. I was reading into it.
17  You're right. It just says "preliminary design
18  drawings." I wasn't trying to add anything. Maybe I
19  saw the word "scheme" and that set me off into
20  schematic, but it's not relevant to any of the
21  questions.
22  Q. Summer is your busy season; is that construction
23  season?
24  A. Yes.

Page 51

1       (EXHIBIT 8 MARKED FOR IDENTIFICATION)
2   Q. Mr. Owen, I'm showing to you what the court reporter
3   has marked as Exhibit Number 8 and I'd ask you to
4   look at that document and let me know if you
5   recognize that document.
6   A. (Witness perusing document) Yes.
7   Q. And what do you recognize the document to be?
8   A. Comments on preliminary plans for the DPW shop dated
9   August 24th, 1994 written by myself.
10  Q. This is your handwriting?
11  A. Yes.
12  Q. And it's safe to assume that there were some
13  preliminary plans that you reviewed in making these
14  comments?
15  A. Uh-huh. Yes.
16  Q. Did you have any help in reviewing those plans?
17  A. I would say no.
18  Q. Did anybody else review them with you?
19  A. No.
20  Q. To the extent that you can remember, can you just
21  explain to me what each of these items mean? The
22  first one says, "locate water maintenance facility
23  here," can you tell me what that means?
24  A. I was trying to centralize our Water Department at

Page 52

1   this site.
2   Q. What is the water maintenance facility? What is it?
3   A. It's a garage where the Water Department is housed
4   and it's separate from this facility. It's on Palmer
5   Avenue.
6   Q. How would somebody create a document that would
7   "locate the water maintenance facility here," as your
8   notes reflect? Is it just a matter of drawing on a
9   piece of paper and writing "Water Department," or is
10  there more to it?
11  A. No, there's more to it. Primarily, to see if the
12  amount of equipment and personnel could fit into the
13  site that we had and it was determined it wasn't
14  feasible.
15  Q. Who made that determination?
16  A. Myself.
17  Q. How did you come to that determination?
18  A. Knowing the amount of equipment they have, the amount
19  of people. They required more room because they have
20  a water meter testing facility at their Palmer Avenue
21  site. It's also the site of the Long Pond main
22  pumping station, so we'd really be splitting Water
23  Department personnel and it was decided not to put
24  them down here.

Page 53

1   Q. When did you make that decision?
2   A. I'm not sure when. Sometime after this date.
3   Q. Do you think it was shortly after this date?
4   A. I don't recall.
5   Q. The next item says, "Centralize offices," can you
6   tell me what that means?
7   A. I don't recall what the first plan I had from Noah
8   Greenberg looked like, other than my comment was to
9   keep the offices all in one area.
10  Q. Do those plans that you were commenting on still
11  exist, to your knowledge? These plans that you were
12  commenting on, do they still exist?
13  A. I can't recall. They may, but I'm not sure.
14  Q. Did you discuss these notes with anybody?
15  A. They were discussed with Noah Greenberg.
16  Q. And we know that the water maintenance facility
17  wasn't relocated to be reflected on these plans,
18  correct?
19  A. No. That's correct.
20  Q. Were any of these other items on this document
21  reflected on a revised set of plans?
22  A. I can't really recall other than the conference room,
23  I guess, was eliminated. I made a note after that.
24  We didn't consider the wood burning boiler.

Page 54

1   Q. You did or you didn't?
2   A. Did not.
3   Q. Who made that decision?
4   A. Myself and DEP, the Department of Environmental
5      Protection.
6   Q. Why were they involved?
7   A. Well, there was a regulation. If you put a wood
8      burning boiler in a facility, there are certain times
9      of the year you cannot use it or you cannot burn. I
10     don't recall the times of the year, but that was the
11     main consideration.
12          (EXHIBIT 9 MARKED FOR IDENTIFICATION)
13  Q. The last item on Exhibit 8 says, "Wash bay/steam
14     cleaning bay."
15  A. Uh-huh.
16  Q. Can you explain what that means?
17  A. Well, this was to provide an indoor wash facility for
18     trucks and equipment. And when I said "separate," I
19     meant a separate area for this wash bay.
20  Q. So, you think it was there and it just needed to be
21     separated, or it wasn't there and just needed to be
22     added in a separate location?
23  A. I can't recall if it was there. It might have been
24     there as part of an overall open area.

Page 55

1   Q. Mr. Owen, the next document has been marked as
2      Exhibit Number 9 and it's a document that's headed,
3      "Robert Charles Group of 411 Waquoit Highway,
4      Falmouth, MA 02536." It's dated August 25, 1994 and
5      I just ask you if you're familiar with that document?
6   A. (Witness perusing document) Yes.
7   Q. How are you familiar with it?
8   A. Well, I don't understand your question how I am
9      familiar with it?
10  Q. Well, have you seen it before?
11  A. Yes.
12  Q. Do you recall the circumstances that you saw this
13     document before?
14  A. Well, this was a meeting held in my office between
15     the parties listed here.
16  Q. And it's signed by Mr. Greenberg, do you see that?
17  A. Yes.
18  Q. Do you have an understanding of what the intent of
19     this document was, or what the purpose of this
20     document was?
21  A. Well, these are items we discussed at this meeting,
22     to give the architect a general plan to follow in
23     preparation of his plans.
24  Q. Is it safe to assume at this meeting, on August 25th,

Page 56

1      1994, that you discussed the items that are reflected
2      on what's been marked as Exhibit Number 8?
3   A. Yes.
4   Q. Do you recall that Mr. Greenberg was present at that
5      meeting?
6   A. Yes.
7   Q. And you would have received this sometime after that,
8      sometime after August 25th, 1994?
9   A. Yes.
10  Q. Did you respond to this document in any way after
11     you received it?
12  A. I can't recall if I responded in writing or not, or
13     in -- I'm sure it was discussed at a later date.
14  Q. Do you recall reviewing it when you received it to
15     confirm whether it was accurate?
16         THE WITNESS: Reviewing the document from
17     Noah Greenberg?
18         MR. RUSSELL: This document, Number 9.
19  A. Yes, I reviewed it.
20  Q. But you don't remember that you responded to it at
21     all?
22  A. No.
23  Q. You don't have any recollection of thinking any of
24     these items were inaccurate, or incorrect, or

Page 57

1      misstated?
2   A. No.
3          (EXHIBIT 10 MARKED FOR IDENTIFICATION)
4   Q. Mr. Owen, I've presented to you what's been marked as
5      Exhibit Number 10. It's a document on Noah Greenberg
6      Associates Architects letterhead dated August 26th,
7      1998 and I ask you if you're familiar with that
8      document?
9   A. (Witness perusing document) Yes.
10  Q. How are you familiar with it?
11  A. This was the preliminary cost estimate for the
12     project at that time.
13  Q. It's dated 1998. Is it your recollection, that this
14     was prepared in 1998?
15  A. I assume so.
16  Q. Is there any reason why there would have been a
17     four-year delay between -- almost exactly a four-year
18     delay between this meeting on August 25th, 1994, when
19     you discussed the preliminary plans, and this cost
20     estimate of August 26th, 1998?
21  A. I don't really recall, but I believe at first we did
22     not have a project cost estimate at the conclusion of
23     the preliminary plans.
24  Q. What's your understanding of when they were

Page 58

```
 1        concluded, the preliminary plans?
 2   A.   I can't recall.
 3   Q.   And at some point did you request a cost estimate?
 4   A.   Pardon me?
 5   Q.   Did you request a cost estimate at some point?
 6   A.   That was part of the project.
 7   Q.   In 1998, did you request a cost estimate, or did you
 8        just wait four years for it to show up?
 9             MR. BARKER: Objection.
10   A.   I don't know the four-year time -- I can't explain
11        the four-year time frame other than I don't think we
12        had this at the conclusion of Noah Greenberg's work.
13   Q.   You didn't have this particular document, or you
14        didn't have any cost estimate?
15   A.   We may have had it. I can't recall if we had a cost
16        estimate at that time.
17   Q.   Do you recall any discussion in August of 1998 with
18        Mr. Greenberg regarding preparation of a current cost
19        estimate?
20   A.   I can't recall.
21   Q.   You don't have any recollection at all?
22   A.   No.
23   Q.   Do you recall receiving this document?
24   A.   Yes. I must have received it because it's in my
```

Page 59

```
 1        files.
 2   Q.   Did you respond to Mr. Greenberg at all after you
 3        received this?
 4   A.   I can't recall.
 5   Q.   So, you don't recall discussing it with Mr. Greenberg
 6        at all, either?
 7   A.   I'm sure we had a discussion somewhere along the
 8        line. I don't know if it was prior to his writing
 9        this memorandum to me, or after.
10   Q.   Do you recall the substance of the discussion at
11        all?
12   A.   I can't recall.
13   Q.   Does the figure look familiar to you, the final
14        figure at the bottom, 2 million?
15   A.   2.8 million. Yes, it looks familiar.
16   Q.   Earlier you mentioned you went to the Selectmen and
17        you had a figure of 2.2 million?
18   A.   I think that was before some of the other items were
19        added in. That was based on a very preliminary.
20   Q.   So, that would have been a different cost estimate?
21   A.   That's correct.
22   Q.   Do you know who would have prepared that cost
23        estimate?
24   A.   I can't recall, but I'm sure it was Mr. Greenberg.
```

Page 60

```
 1   Q.   And that was the figure that was presented to the
 2        Selectmen with the plans that he had prepared, the
 3        2.2 million?
 4   A.   Correct.
 5   Q.   Which is different than this document, Exhibit
 6        Number 10?
 7   A.   Correct.
 8   Q.   One of the reasons I ask is there's a new
 9        construction cost of roughly 2.2 million, and I was
10        curious if that was the same 2.2 million you were
11        referring to?
12   A.   It could have been, and then we added these site
13        improvements, contingencies, architect's fees.
14   Q.   But your recollection is, when you went to the
15        Selectmen, the figure was 2.2 million?
16             MR. BARKER: Objection.
17   A.   It was 2.2 million, that I recall.
18   Q.   And it didn't include these extra items?
19   A.   Apparently not.
20   Q.   Do you know who identified these extra items? I'm
21        going to refer to everything under new construction
22        as an extra item.
23   A.   Well, I probably identified some, because I don't
24        believe they were included in the initial estimate.
```

Page 61

```
 1   Q.   Did you have any discussion with Mr. Greenberg about
 2        the larger renovation project in 1998?
 3             MR. BARKER: Objection.
 4   A.   No. The project pretty much stayed the same, the
 5        scope.
 6   Q.   And what do you mean by that?
 7   A.   Well, offices and garage.
 8             (EXHIBIT 11 MARKED FOR IDENTIFICATION)
 9   Q.   Mr. Owen, I'm showing you what's been marked as
10        Exhibit Number 11, it's a document on the letterhead
11        of Noah Greenberg Associates Architects and it's
12        dated August 26, 1998. I ask you if you're familiar
13        with that document?
14   A.   (Witness perusing document) Yes. It's a bill from
15        Greenberg.
16   Q.   And there are initials, WBO are in the middle of the
17        page. Are those your initials?
18   A.   Yes.
19   Q.   And there's some handwriting, there's actually a
20        stamp and some handwriting in the area of the stamp.
21        Do you have an understanding of what that information
22        is?
23   A.   Yes.
24   Q.   And what is that information?
```

Page 62

1  A.  It identifies the article the Town meeting approved
2      the money for, the account number it's paid out of,
3      and the amount.
4  Q.  And whose handwriting is that?
5  A.  Pardon me?
6  Q.  Whose handwriting is that?
7  A.  That's mine.
8  Q.  Do you recall in 1998 that you received from
9      Mr. Greenberg anything other than this bill and this
10     cost estimate that's been marked as Exhibit Number
11     10?
12 A.  I'm not sure about '98.  There were more funds or
13     more monies due other than the 4,000.  There might
14     have been a bill after this or a bill before it.  I
15     can't recall.
16 Q.  And when you say --
17 A.  This may be the final bill.
18 Q.  The document has an area identified as "Phase," and
19     that says, "Completion of preliminary design phase,
20     preparation of preliminary cost estimates."  Was it
21     your understanding that both of these items had been
22     satisfactorily completed at that time?
23 A.  Apparently, yes.
24 Q.  Did you think that this bill was part of the $7,800

Page 63

1      that was identified on one of the earlier exhibits as
2      the fee for the services on this project?
3  A.  Yes.
4  Q.  That would be Exhibit Number 5.  Exhibit Number 10,
5      the cost estimate, do you recall discussing that with
6      anybody at the Town?
7  A.  I'm sure it was discussed somewhere along the line,
8      but I can't recall when.  It was probably discussed
9      with the Selectmen at a later date, or the Town
10     Administrator.
11 Q.  You don't recall any of those discussions, however?
12 A.  No.
13 Q.  And Exhibit 10, the final item says, "Architect and
14     engineering fees at 10 percent"?
15 A.  Yes.
16 Q.  Is that an item that you added?
17 A.  No, I didn't add that.
18 Q.  Well, you indicated that this estimate includes
19     the original construction and then some additional
20     items?
21 A.  That's correct.
22 Q.  I thought your testimony was that you indicated that
23     you identified the additional items?
24           MR. BARKER:  Objection.

Page 64

1  Q.  Am I mistaken about that?
2  A.  I identified the additional items and I also wanted
3      Mr. Greenberg to include a contingency figure.
4      Architect fees, percentages were left to him.
5  Q.  Why were the percentages left to him?
6  A.  Because he's the architect.
7           (EXHIBIT 12 MARKED FOR IDENTIFICATION)
8  Q.  Mr. Owen, marked as Exhibit 12 is a six-page
9      document that is on Department of Public Works
10     stationery and has the heading, "Town of Falmouth,
11     Department of Public Works, Request for
12     Qualifications of Architectural Design Services."  I
13     ask you to take your time and look at that, review
14     that document.
15 A.  (Witness perusing document) Yes, I'm familiar with
16     it.
17 Q.  And how are you familiar with it?
18 A.  I basically prepared this.
19 Q.  When you say "basically," what do you mean by that?
20 A.  Well, I had -- I consult with my Town Engineer and
21     with our Town Planner when we are going out for large
22     projects.  I also reviewed some other proposals other
23     communities put out for the same type of project.
24 Q.  You were responsible for the actual drafting of the

Page 65

1      document?
2  A.  Yes.
3  Q.  When did you obtain these requests for other projects
4      that you just mentioned?  And if I didn't --
5  A.  Where did I obtain them?
6  Q.  Yes.  I think you said you reviewed some similar
7      documents from other Town projects.  And if I'm
8      wrong, please correct me.
9  A.  Well, I did -- there were other towns for similar
10     projects this size and you get this information by
11     networking and meetings and so forth.  So, you know,
12     I asked what they had put in their proposals.
13 Q.  How did you make those requests?
14 A.  Most of the time by telephone.
15 Q.  And what was the purpose of this document?
16 A.  The purpose was to -- as it states, to get a Request
17     for Qualifications for Design Services for our final
18     design.
19 Q.  I'm going to ask you to look at the third page,
20     which is actually Number 2 on the bottom, and I'm
21     going to ask you about the paragraph beginning with,
22     "The present facility is a concrete block structure,"
23     do you see that?
24 A.  Okay.  Under background?