Department of Public Works  59 Town Hall Square
FALMOUTH, MASSACHUSETTS 02540

WILLIAM B. OWEN, P.E.
*Director*

TOWN OF FALMOUTH

REQUEST FOR PROPOSALS

The Town of Falmouth Department of Public Works requests Architectural Consultant Services to prepare preliminary plans for the expansion and renovation of the existing Public Works Service Maintenance Facility at 416 Gifford Street.

Fee proposals will be received in the Office of the Director of Public Works, 59 Town Hall Square, Falmouth, MA until 2:00 P.M. on Tuesday, December 07, 1993 at which time and place the Proposals will be publically opened and read.

Proposals must be submitted in sealed envelopes, plainly marked on the outside of the envelope "PROPOSAL FOR ARCHITECTURAL CONSULTANT SERVICES, MUNICIPAL SERVICE MAINTENANCE FACILITY".

The full scope of services may be obtained at the Office of the Director of the Director of Public Works, 59 Town Hall Square, Falmouth, MA  02540 between 8:30 A.M. and 5:00 P.M. Monday through Friday, Telephone: (508) 548-7611.

The Town of Falmouth reserves the right to waive any informalities in the proposals and to reject any and all proposals and the right to award the bid, or parts thereof, as may be determined by the funds available, in the best interest of the Town of Falmouth. Bids are welcome from minority and female businesses.

*William B. Owen*

William B. Owen, P.E.
Director of Public Works

The Enterprise
November 09, 1993



TOWN OF FALMOUTH

DEPARTMENT OF PUBLIC WORKS

REQUEST FOR ARCHITECTURAL CONSULTANT SERVICES

MUNICIPAL SERVICE MAINTENANCE FACILITY

GENERAL

The Town of Falmouth Department of Public Works requests Architectural Consultant Services to prepare preliminary plans for the expansion and renovation of the existing Public Works Service Maintenance Facility at 416 Gifford Street, Falmouth.

The Consultant must exhibit to the Town the firm has experience and the technical knowledge to work with older building components and to introduce new design elements and efficient building materials into the existing facility.

The consultant must listen and communicate with the Town to determine the specific objectives of the project and have the ability to translate these goals into a design program which respects existing conditions, new space requirements, aesthetic features and budget considerations.

SCOPE OF SERVICES

A.  Space Planning

1. Meet with DPW Director and staff to determine future space requirements for a centralized facility at the present Gifford Street location. The Department's objective is to expand the facility to accomodate present and future equipment storage needs, locate Water Department maintenance facility at this location, centralize offices, update mechanic repair areas, review traffic flow patterns within the building and recommend improvements.

2. Study other areas such as bathroom facilities, locker facilities, storage rooms, lubrication facilities, lunch areas, etc. and recommend improvements.

3. The Town will supply the consultant with a list of all equipment that is garaged at this facility.

4. The Town will furnish the consultant existing building plans and site plan.

5. Determine from the collected information what the future space plan should include in terms of building size, general floor plan, parking and access, and support facilities.

-2-

B. Site Planning

1. The consultant will view the present site and plan building renovations and/or additions so there will be smooth and uncongested traffic flows within the site. The Town shall supply the consultant a current and up-to-date site plan.

2. The Town has recently installed a Municipal Fuel Center at this location, so no planning is required for a facility of this type.

C. Preliminary Plan

1. Prepare preliminary architectural plans showing present building layout and proposed additions and renovations. Building elevations shall also be included as part of these plans. A rendering of the new building shall also be included. These plans should be prepared at a scale of not less than 1/8" per foot.

2. Upon finalization of proposed work and following approval, the consultant shall furnish the Town six (6) copies of the preliminary plans and one (1) reproducible mylar.

3. The consultant shall also furnish the Town a conceptual site plan indicating proposed additions.

4. As part of the preliminary plan task, the consultant shall present a brief report to include recommendations for upgrading the mechanical and electrical systems.

D. Cost Estimate

1. Using the plans prepared in the above tasks, the consultant shall prepare an estimate of probable construction cost. The cost estimate is to reflect current construction costs. Cost estimates are also to include any upgrading of mechanical and electrical systems.

E. Other Services

1. The consultant shall inspect existing roof areas of the present building and present a brief report and details for correcting the present roof problems along with an estimated cost of such repairs.

2. The consultant shall explore the availability of any Federal and State Grants that may be available for construction.

-3-

PROPOSAL

1. The consultant shall base his fee on a <u>lump sum fee</u> for all of the above work.

2. All proposals shall be submitted to:

   > William B. Owen, P.E.
   > Director of Public Works
   > 59 Town Hall Square
   > Falmouth, MA  02540
   >
   > Telephone:  (508) 548-7611, Ext. 231

3. The consultant shall submit with his proposal a current Certificate of Professional Liability Insurance.



SITE PLAN — Department of Public Works, 416 Gifford Street, Falmouth, Massachusetts. NOAH GREENBERG ASSOCIATES ARCHITECTS (NGA). EXHIBIT 15-A.









