```
                                                              1

 1                                     Volume: I

 2                                     Pages: 1-137
                         COPY
 3                                     Exhibits: 1-10

 4            UNITED STATES DISTRICT COURT

 5      DISTRICT OF MASSACHUSETTS EASTERN DIVISION

 6      - - - - - - - - - - - - - - - - - - - x

 7      NOAH GREENBERG,

 8              Plaintiff,      Civil Action

 9         v.                   No. 04-11934-GAO

10      TOWN OF FALMOUTH, and

11      GANNETT FLEMING, INC.,

12              Defendants.

13      - - - - - - - - - - - - - - - - - - - x

14            DEPOSITION of NOAH GREENBERG, a witness

15      called by counsel for the Defendant, Gannett

16      Fleming, taken pursuant to the applicable

17      provisions of the Massachusetts Rules of Civil

18      Procedure, before Toni F. Beckwith, Registered

19      Merit Reporter, CSR No. 111293 and Notary Public

20      in and for the Commonwealth of Massachusetts, at

21      the Offices of Michienzie & Sawin, LLC, 745

22      Boylston Street, Boston, Massachusetts, on

23      Monday, October 17, 2005, commencing at

24      10:15 a.m.
```

11

1    1990s or 2000?

2         A.   2000, correct.

3         Q.   You were associated with Jacobs &

4    Greenberg and the Robert Charles Group at the

5    same time; is that right?

6         A.   Yes.

7         Q.   What was the nature of your

8    affiliation with Jacobs & Greenberg?

9         A.   Partnership.  They were architects.

10        Q.   Were you incorporated?

11        A.   They might have been.  I'm not sure.

12        Q.   That was a professional partnership?

13        A.   Yes, professional partnership.

14        Q.   What percentage of your time during

15   that 10- to 14-year period did you spend with

16   Jacobs & Greenberg working on their work?  Does

17   my question make sense?

18             Here's why I'm asking.  It sounds like

19   you're working for Jacobs & Greenberg and the

20   Robert Charles Group at the same time?

21        A.   The Robert Charles Group is an

22   affiliated group of architects and engineers

23   that were joint-ventured on projects at the same

24   time with Jacobs & Greenberg.  We would

12

1  joint-venture sometimes with that group.
2      Q.  What was the nature of the Robert
3  Charles Group as far as a business entity, do
4  you know?  Was it incorporated?
5      A.  No.
6      Q.  Were you an employee of the Robert
7  Charles Group?
8      A.  I was a principal.
9      Q.  Were you a partner of the Robert
10 Charles Group?
11     A.  I don't know.  I don't know if I was a
12 partner.  I was a principal, if that was the
13 same as a partner.  I'm not sure what the actual
14 association was other than I was a principal of
15 that group.
16     Q.  And you stopped working for the Robert
17 Charles Group in Falmouth sometime in 1990 or
18 around 2000; is that correct?
19     A.  The group essentially broke up as they
20 retired.
21     Q.  Do you know when that was?
22     A.  In that period.
23     Q.  You don't know any closer than that?
24     A.  Not specifically, no.

14

1   your lawyer changing the date, by agreement, of
2   the deposition until today.  I don't have any
3   questions about that exhibit.  I just wanted to
4   enter it as Exhibit 1.
5           Exhibit 2 is a copy of your plans,
6   what I believe is your plans.  And I want to
7   show it to you and ask you to identify the
8   plans.
9           Further identifying Exhibit 2, it's a
10  Town of Falmouth Request For Qualifications
11  Sheet that has Bates Nos. GF 00248 through
12  00253, and attached to that are three sheets of
13  plans -- four sheets of plans, sorry, with Bates
14  Nos. GF 00254 through GF 00257.
15          (Pause)
16      A.  These are the plans.
17      Q.  Can you take a moment to look at the
18  four sheets?  It's really the plans that I
19  needed to ask you about.
20          (Pause)
21      A.  I prepared these plans.
22      Q.  Are these the plans, these four
23  sheets, that were submitted by you to the Town
24  of Falmouth in the dates that you indicated,

1  of the site?
2     A. I don't recall the angle of the slope.
3     Q. When you were planning the office
4  spaces in the administrative area, did you
5  conduct interviews with DPW personnel in
6  connection with these preliminary plans?
7     A. Yes, I did.
8     Q. Whom did you interview?
9     A. I don't recall their names, but they
10 were the people who worked there.
11    Q. How many people did you interview?
12    A. I don't recall how many, but I would
13 say it was five or six.
14    Q. When were these interviews conducted?
15    A. In the year of '93, 1993, prior to the
16 preparation of the plans.
17    Q. Do you remember any of the names of
18 the people that you interviewed in connection
19 with this job?
20    A. No, I don't. Unfortunately, I don't.
21    Q. Did you keep any record of those
22 interviews?
23    A. No, I didn't.
24    Q. How did you use the interviews in

71

1   that.
2          Q.  The letter that is dated December 6,
3   1993, that's part of Exhibit 5 and that has
4   Bates number GF 00580, is that letter from the
5   Robert Charles Group?
6          A.  Well, that is from the Robert Charles
7   Group with Noah Greenberg and Charles Jacobs as
8   the architects in charge of the project, as it
9   says here.
10         Q.  Is that your signature at the bottom
11  of that letter?
12         A.  That is.
13         Q.  Were you an owner of the Robert
14  Charles Group?  You said it was a joint venture.
15         A.  I was a partner.
16         Q.  After this time, when you made this
17  contract with the town to do these preliminary
18  plans, which entity owned the rights to those
19  plans?
20         A.  Well, the architects.  I owned the
21  rights, the design of the plans.
22         Q.  You as an individual?
23         A.  As Noah Greenberg, yes.  As the
24  design -- well, it would be Greenberg & Jacobs.

72

1   It would be Jacobs & Greenberg, and then
2   subsequently Noah Greenberg, as he retired.
3        Q.  Did Jacobs do any part of this job?
4        A.  He attended the early meetings with
5   me, and he spoke with Bill Owens.  We met
6   together at the early part and sort of did the
7   program.  But I was in charge of the design from
8   the beginning.
9        Q.  Let me show you Exhibit 7.  Exhibit 7
10  is a one-page letter that appears to be from
11  Mr. Greenberg to Mr. Owen.  It's dated February
12  7, 2000.
13            If you could just take a moment to
14  look at that and see if you recognize the
15  letter.
16       A.  I do.
17       Q.  Is that your signature at the bottom
18  of the letter?
19       A.  It is.
20       Q.  I'd like to read the last sentence of
21  the first paragraph into the record.  On this
22  exhibit it says, You can reproduce these
23  drawings via Xerox or color Xerox at your will
24  provided only that our NGA title block is

1       A.   Well, I do.

2       Q.   You have a color version of it?

3       A.   And the town certainly does.  You must

4  have.

5            MR. RUSSELL:  That's enough.  There's

6  no question pending.

7       Q.   In May of 2001, did Falmouth, the Town

8  of Falmouth, issue a request for qualifications

9  for architectural design services on the current

10 DPW job?

11           MR. RUSSELL:  If you know.

12      A.   Apparently.  I don't know.

13      Q.   Do you know if that request was

14 published in the register?

15      A.   I don't know.

16      Q.   Did you or your firm at that time bid

17 on that job or submit a proposal in response to

18 that job?

19      A.   No.

20      Q.   Why did you not bid on that job or

21 submit a proposal?

22      A.   For one thing, I didn't know that it

23 was being offered as a proposal; and for another

24 thing, it was my job.  As far as I understood

76

1  all along, there was no need or purpose to go
2  out for another RFP when it was my project to
3  start with.
4       Q.  Were you aware of the request for
5  qualifications or request for proposal in the
6  register of May of 2001?
7       A.  I was made aware of it by a phone call
8  from another architect, who -- I don't remember
9  their name --
10      Q.  I see.
11      A.  -- but who informed me of the fact
12 that they had received drawings that had my name
13 on it, and was I aware of that.
14      Q.  So the phone call to you from the
15 other architect, you don't remember his or her
16 name?
17      A.  No, I don't.
18      Q.  This phone call said that they had
19 received your drawings as part of a request for
20 proposal from the town?
21      A.  Yes.
22      Q.  Do you recall about when that was?  Is
23 this about May of 2001?
24      A.  Well, it would have to be sometime

111

1  Oceanographic, Marine Biological Laboratory,
2  Plymouth Savings Bank, some private residences.
3        Q.  But never any state entities?
4        A.  No.
5        Q.  Moving along, you had mentioned
6  earlier today that you had always thought or --
7  you thought it was your job all along in
8  Falmouth?
9        A.  Yes.
10       Q.  What gave you that impression?
11       A.  Well, for one thing, every project
12 that I've ever worked on, and that's the process
13 of the project, that you do the preliminary,
14 then you do the development, then you do the
15 construction, then you oversee the construction.
16 That's the method that architects use to do
17 ordinary work in progress.
18       This project began as a preliminary,
19 stages of it, but the work continued throughout
20 a period of many years, actually, until finally
21 the last part being done in 2000.  It went up to
22 2000.
23       During the course of that time, it was
24 never indicated -- there was no indication to me

Case 1:04-cv-11934-GAO   Document 36-9   Filed 01/17/2006   Page 11 of 18

112

1  otherwise that this wasn't a project that, as
2  the funding would be in place, it would be my
3  project to continue.
4         If in the event that I did a project
5  and the preliminaries were not good or not
6  accepted, then I would know that. Somebody
7  would say, These are not good, and we can't go
8  further with you, you are fired, in which case
9  they would go somewhere else and do something
10 else.
11        Q. Did anyone from Falmouth ever tell you
12 that you were, for lack of a better term, a
13 shoe-in for the ultimate project?
14        A. There would be no reason to discuss it
15 in that term. The acceptance was the letter of
16 acceptance to the project to start with. There
17 never was a doubt. As you can tell by my
18 letters to him, there was never any question
19 that there was an ultimate project in mind.
20 This was the project.
21        Q. You mentioned just now that you had
22 the impression that the acceptance by Falmouth
23 of the proposal by Robert Charles entailed your
24 involvement in the entire project, the whole

SHEA COURT REPORTING SERVICES
617 227-3097

1  A. That's not actually Mylar. That's
2  acetate, but it's similar to that.
3  Q. Same idea, though?
4  A. Same idea.
5  Q. With regard to this clause, had you
6  had any conversation with anyone from Falmouth
7  as to why they wanted something that they could
8  reproduce?
9  A. No. It wouldn't be unusual.
10  Q. Did you get the impression that they
11  were going to share copies of the preliminary
12  plans with other entities?
13  A. What is an entity?
14  Q. A company.
15  A. No. I did not have that opinion. I
16  thought they were being used to distribute
17  amongst the DPW for approval of the plans.
18  Q. If you could just turn back to Page 1,
19  turn it back once. It talks about scope of
20  services. I just want to talk about a few of
21  these. The first one there, just read it to
22  yourself and let me know when you're done.
23  (Pause)
24  A. I read it.

```
 1          Q.  Did you do anything, and I think you
 2   did, did you do anything to effect this
 3   provision?
 4          A.  What do you mean?
 5          Q.  What did you do pursuant to this scope
 6   of services, so to speak?
 7          A.  I met with the DPW director and his
 8   staff to determine the future space
 9   requirements.
10          Q.  I think you mentioned that earlier
11   today?
12          A.  Right.
13          Q.  And you had some notes, but you're not
14   quite sure if you have them any longer?
15          A.  I don't have them any longer.
16          Q.  You spoke to the DPW director,
17   Mr. Owen?
18          A.  Correct.
19          Q.  You did?
20          A.  Yes.
21          Q.  During that conversation, can you tell
22   me generally what you spoke about?  I don't need
23   the obvious stuff, but anything --
24          A.  We met more than once.  We met with
```

1   Charlie Jacobs and Bill Owen and myself maybe
2   three or four times.
3       Q.  And all those conversations surrounded
4   the needs for that new building for the
5   department?
6       A.  Yes.
7       Q.  And in none of those conversations did
8   anyone speak about what would happen after the
9   funding was approved?
10      A.  Yes.  We spoke about what would happen
11  after the funding was approved.
12      Q.  Tell me about those conversations,
13  please.
14      A.  How the project would go forward.
15      Q.  So during those conversations -- can
16  you actually elaborate on that?  What do you
17  mean how the project would go forward?
18      A.  I can't remember exactly, but it
19  wouldn't have been -- there was no reason to
20  compartmentalize that this was only one part of
21  the project.  We were discussing the project.
22  We never discussed this as just one part of the
23  project to be ended here.
24              We discussed the needs of the DPW and

122

1  the project that needed to be constructed,
2  whether it was assessing the engineering
3  conditions of the mechanical and electrical
4  systems or examining the roof structures or
5  working on a budget.
6       We had those kinds of conversations,
7  which were normal conversations in the design,
8  preliminary design stages of a project.
9       Q.  Okay.  But I'm actually looking beyond
10 the preliminary plans.  I'm looking at the final
11 plans and the fruition of the actual work.  I'm
12 wondering what, if anything, including what
13 Mr. Owen had said to you with regard to your
14 role in producing the final plans, not just the
15 preliminaries.
16      A.  I can't recall anything specific in
17 that regard.
18      Q.  But your general understanding was
19 that it was understood that you would be
20 producing the final plans as well?
21      A.  If the preliminaries were approved.
22      Q.  So you met with Mr. Owen.  Was there
23 someone else you met with?
24      A.  Well, then I, on my own, went to meet

123

1  with the people who worked at the DPW garage
2  itself.
3      Q.  Just look there real quick under No. 2
4  and read to it yourself and let me know --
5      A.  Yes.
6      Q.  You did all that stuff?  You studied
7  the bathrooms, or you reviewed the bathrooms,
8  locker room facilities and storage room
9  facilities and all that stuff?
10     A.  Yes.
11     Q.  Then No. 5, can you just jump down to
12 that one there?
13     A.  Yes.
14     Q.  And you did that?
15     A.  Yes.
16     Q.  And was that done after you had met
17 with the DPW people and you had studied the
18 facilities as they existed, and then you came up
19 with a determination as to future needs; is that
20 accurate?
21     A.  Partially, both times.  Partially when
22 we would talk about it at the beginning about
23 the future spacing plans, and then to verify
24 with the people who worked at the building



EXHIBIT 5
Greenberg
10/12/05   Hb

# A PROPOSAL TO PROVIDE PRELIMINARY PLANS FOR THE EXPANSION AND RENOVATION OF THE FALMOUTH PUBLIC WORKS SERVICE MAINTENANCE FACILITY

Submitted to:
Mr. William B. Owen, P.E.
Director of Public Works
Town of Falmouth
59 Town Hall Square
Falmouth, MA 02540

Prepared by:
Robert Charles Group
411 Waquoit Highway
Falmouth, MA 02536

December 6, 1993

GF 00579

# Robert Charles GROUP

ENGINEERS - ARCHITECTS

December 6, 1993

Mr. William B. Owen, P.E.
Director of Public Works
59 Town Hall Square
Falmouth, MA 02540

RE: *Public Works Service Maintenance Facility Improvements*

Dear Mr. Owen:

We are pleased to submit our proposal in the amount of $7,800.00 to complete all architectural and engineering services for the expansion and renovation of the Municipal Service Maintenance Facility in accordance with the request for proposals.

Mr. Charles Jacobs and Mr. Noah Greenberg, architects in charge of the Falmouth Office will be the principals in direct responsibility for this project. We have had the opportunity to complete many commissions in the Cape Cod Area, including the following:

- Maintenance and Carpenters Shop, Woods Hole Oceanographic Institute.
- Modified Record Firing Range, Camp Edwards.
- Fuel Truck Containment Area, Otis Air Force Base.
- Collective Training Facility, Camp Edwards.

We have enclosed more detailed information regarding our experience and background. Thank you for your consideration of our proposal.

Sincerely,

*Noah Greenberg*
Noah Greenberg
Partner

GF 00580

411 Waquoit Highway                              91 Providence Highway