DEPOSITION of JEFFREY ALBERTI Taken 12/05/2005 (GREENBERG versus FALMOUTH)

---

**SHEET 1  PAGE 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

* * * * * * * * * * * * *

NOAH GREENBERG                  * Civil Action
        -vs-                    *
                                * No. 04-11934-GAO
TOWN OF FALMOUTH and            *
GANNETT FLEMING, INC.           *
* * * * * * * * * * * * *

APPEARANCES:  Richard M. Russell, Esquire
              205 Worcester Court Unit B-2
              Falmouth, Massachusetts 02540;
              Representing the Plaintiff.

              Daniel G. Skrip, Esquire
              OFFICES PIERCE, DAVIS & PERRITANO, LLP
              Ten Winthrop Square
              Boston, Massachusetts 02110;
              Representing the Town of Falmouth.

              John C. Barker, Esquire
              LAW OFFICES OF MICHIENZIE & SAWIN, LLC
              745 Boylston Street - 5th Floor
              Boston, Massachusetts 02116;
              Representing Gannett Fleming, Inc.

DEPOSITION of JEFFREY ALBERTI, a witness
of lawful age, taken on behalf of the Plaintiff in

* * * * * *

Parisi Court Reporting
270 Hixville Road
North Dartmouth, Massachusetts 02747
(508) 984-5502

Barbara St. Jean, RPR, CSR No. 127693

---

**PAGE 2**

1  the above-entitled cause wherein Noah Greenberg is the
2  Plaintiff and Town of Falmouth et al are the Defendants,
3  pending before the United States District Court for
4  the District of Massachusetts, Eastern Division,
5  pursuant to Notice and agreement of parties before
6  Barbara St. Jean, CSR, RPR, a Notary Public in and for
7  the Commonwealth of Massachusetts, at the offices of
8  Richard M. Russell, P.C., 205 Worcester Court,
9  Falmouth, Massachusetts, on Monday, the 5th day of
10 December, 2005, at 10:00 o'clock a.m.
11         * * * * * *

Parisi Court Reporting  (508) 984-5502

---

**PAGE 3**

INDEX
                                                    Page
JEFFREY ALBERTI
  Direct Examination By Mr. Russell                   7
  Cross Examination By Mr. Barker                   206

EXHIBITS
(Not Included)

Plaintiff's
Numbers                                             Page

 1   Notice of Deposition                            10
 2   Defendant's Response to Interrogatories         10
 3   Gannett Fleming Notes dated 6/5/01              14
 4   DPW Request for Qualifications                  38
 5   DPW Addition and Renovation                     51
 6   Gannet Fleming Note                             62
 7   DPW Document to GF from Owen 1/11/02            66
 8   DPW Scope of Services dated 1/30/02             67
 9   DPW letter to Haire from Owen 2/5/02            84
10   Gannett Fleming FAX Transmittal                 87
11   Gannett Fleming FAX Transmittal                 89
12   GF letter to Owen from Haire 3/1/02             94

Parisi Court Reporting  (508) 984-5502

---

**PAGE 4**

EXHIBITS
(Not Included)

Defendant's
Numbers                                             Page

13   Letter to Haire from Owen 3/7/02                97
14   Agreement Architectural Design Services         97
15   Memo to Architectural Engineers 2/28/02        101
16   Memo to Architectural Engineers 2/28/02        101
17   Project Execution Plan 4/2002                  104
18   DPW Personnel Interviews                       123
19   Letter to GE from Russell dated 6/7/02         128
20   Project Notebook                               129
21   D.P.W. Facility Plan                           130
22   (A, B, C, and D) Drawings                      146
23   Gannett Fleming Plans                          157
24   Document from Owen dated 2/13/03               165
25   GF Office Memo dated 2/17/03                   166
26   GF FAX Transmittal to Owen                     168
27   GF FAX Transmittal to Woodbrier 3/31/03        169
28   GF document to Owen from Nicholas 4/1/03       171
29   Cost Summary Cost Estimate 2/2004              177
30   FAX Sheet dated 3/11/04                        178
31   GF Amendment Number 1                          180
32   GF Amendment Number 1 (Duplicate)              182

Parisi Court Reporting  (508) 984-5502

DEPOSITION of JEFFREY ALBERTI Taken 12/05/2005 (GREENBERG versus FALMOUTH)

SHEET 3 PAGE 9

**PAGE 9**

```
 1  A  I'm responsible for overseeing projects from
 2     conceptual design through construction phase
 3     services.
 4  Q  And did you ever have a post-graduate degree, one or
 5     or more postgraduate degrees that you've obtained?
 6  A  I have a Bachelor of Civil Engineering from
 7     Villanova University; and that's it.
 8  Q  And when did you obtain that degree?
 9  A  Nineteen ninety-two.
10  Q  How long have you been employed at Gannett Fleming?
11  A  Since 1992; so going on 13 years or 14 years.
12  Q  And is that the same year you obtained the degree?
13     Is that what you said?
14  A  That's correct.
15  Q  Okay. Are you familiar with a project in Falmouth
16     with respect to the Town of Falmouth Department of
17     Public Works maintenance facility?
18  A  Yes. I am.
19  Q  Okay. How long have you been familiar with that?
20  A  I was -- I am the Project Manager for the project.
21  Q  And how would you describe the project?
22  A  It's a renovation and expansion of the existing
23     Public Works facility.
24        MR. RUSSELL: Okay. Would you mark
          Parisi Court Reporting (508) 984-5502
```

**PAGE 10**

```
 1     that, please.
 2              (Whereupon the above-described
 3                 document was then marked as
 4                 Plaintiff's Exhibit No. 1)
 4  Q  Mr. Alberti, I'm going to show you a document that
 5     the Court Reporter has marked as Exhibit 1 and ask
 6     you if you are familiar with that document.
 7  A  Yes. I am.
 8  Q  And how are you familiar with that?
 9  A  I have reviewed it. I have a copy; and I've
10     reviewed it.
11  Q  Okay. You indicated that you're familiar with an
12     addition and renovation project at the Falmouth
13     Department of Public Works maintenance facility. Do
14     you have a particular role in that project?
15  A  Yes. I'm currently the Project Manager for the
16     project.
17  Q  And Gannett Fleming has a role in that project?
18  A  Yes. We do.
19  Q  And what would Gannett Fleming's role be?
20  A  We are the designers of the project.
21        MR. RUSSELL: Would you mark that,
22     please.
23              (Whereupon the above-described
                   document was then marked as
24                 Plaintiff's Exhibit No. 2)
          Parisi Court Reporting (508) 984-5502
```

**PAGE 11**

```
 1        MR. BARKER: Will we be getting
 2     copies of these exhibits?
 3        MR. RUSSELL: Sure.
 4        Just for the record, Exhibit 1 is
 5     entitled Notice of Deposition of Gannett Fleming,
 6     Inc,
 7  Q  And, Mr. Alberti, are you aware that you're here
 8     today to give information known to Gannett Fleming
 9     regarding the Falmouth Department of Public Works
10     maintenance facility project?
11  A  Yes, I am.
12  Q  And when I say Falmouth Department of Public Works
13     maintenance facility project, you understand that to
14     be the addition and renovation project that you
15     described earlier?
16  A  Yes.
17  Q  Mr. Alberti, I'm gonna show to you what's been
18     marked as Exhibit Number 2. And the title of that
19     document is Defendant Gannett Fleming's Responses to
20     Plaintiff's First Set of Interrogatories. I ask you
21     to peruse that; and let me know if you're familiar
22     with that. And in particular, if you could look to
23     the second to the last page and let me know if
24     that's your signature that appears on that document.
          Parisi Court Reporting (508) 984-5502
```

**PAGE 12**

```
 1        Actually, it would it be the last
 2     page. I'm sorry.
 3  A  Yes. That is my signature.
 4  Q  And did you review that document before you put your
 5     signature to it?
 6  A  Yes, I did.
 7  Q  And what was the purpose of your review of that
 8     document?
 9  A  To confirm the information in the document.
10  Q  And did you in fact confirm the information in the
11     document?
12  A  Yes, I did.
13  Q  You confirmed that it was accurate?
14  A  Yes, I did.
15  Q  Can you tell me how Gannett Fleming first became
16     aware of the Falmouth D.P.W. project.
17  A  There was a Notice published in the Central Register
18     back in 2001, I believe.
19  Q  And what is the Central Register?
20  A  Is it a Massachusetts publication that lists
21     projects that are available for engineering and
22     architectural firms to bid on. I'd like to rephrase
23     that; not to bid on, but actually submit proposals
24     for.
          Parisi Court Reporting (508) 984-5502
```

BARBARA ST. JEAN, RPR, CSR No. 127693

DEPOSITION of JEFFREY ALBERTI Taken 12/05/2005 (GREENBERG versus FALMOUTH)

SHEET 10   PAGE 37

**Page 37**

1   referring to back in June of 2001?
2 A At the time of this statement, it was a general
3   statement to knock down walls. The Town -- as far
4   as I recall, the Town didn't identify what walls
5   would be knocked down.
6 Q Did they comment any further than that?
7 A Not that I recall at this time.
8 Q About two-thirds of the way down, there's a note,
9   "Would like to use upstairs space in admin gable for
10   future use." Do you see that?
11 A Yes. I do.
12 Q What do you recall about using an upstairs space
13   that was discussed at this meeting?
14 A My understanding was the Town wanted to build a
15   second floor to their addition in the administration
16   area.
17 Q That would be the office space area, administration
18   area. Is that correct?
19 A That is correct.
20 Q And did they make any reference to the existing
21   plans when they made that comment?
22 A Not that I recall.
23 Q Other than what's reflected in your notes, do you
24   recall that they made any comments about the

Parisi Court Reporting (508) 984-5502

**Page 38**

1   existing plans?
2 A Not that I recall.
3     MR. RUSSELL: Would you mark that,
4   please.
5   (Whereupon the above-described
    document was then marked as
6   Plaintiff's Exhibit No. 4)
7     MR. RUSSELL: Mr. Alberti, the Court
8   Reporter has marked as Exhibit 4 a six-page
9   document, and the first page of which reads
10   Department of Public Works, William B. Owen,
11   Director. The Town of Falmouth Department of Public
12   Works Request for Qualifications architectural
13   design services.
14 Q And I would ask you if you've seen that document
15   before.
16 A Yes. I have.
17 Q There's a note at the top of it, CC, colon, J.J.A.
18   Does that have some meaning to you?
19 A Yes. That is my initials indicating that the
20   document was provided to me.
21 Q Do you know who made that note?
22 A I do not.
23 Q And have you prior to today had an occasion to study
24   this document?

Parisi Court Reporting (508) 984-5502

**Page 39**

1 A Yes. I have.
2 Q Earlier, you said that at some point at the
3   beginning of this D.P.W. project, you were given a
4   copy of a Request for Qualifications. Do you recall
5   that testimony?
6 A Yes, I do.
7 Q Would this be the document that you were referring
8   to then?
9 A Yes. It is.
10 Q There's a very faint part here on the left-hand side
11   of the first page. Do you have any idea what that
12   says?
13 A I'm unable to make that out.
14 Q Do you recognize the handwriting at all?
15 A Yes. It appears to be my handwriting.
16 Q Can you make out any of the words?
17 A Yeah. I see the words "Sandy, Town, to, and Dot.
18 Q Is Sandy -- does Sandy mean something to you?
19 A Does not.
20 Q Really?
21 A No.
22 Q It doesn't mean anything to you?
23     MR. BARKER: Objection.
24 Q Do you think it's a person? Or is it a description

Parisi Court Reporting (508) 984-5502

**Page 40**

1   of the characteristics of, you know, the soil
2   conditions?
3 A I believe it is a person.
4 Q Under that, does it say near? Here? Town? Near
5   Town? Or can you not make it out?
6 A Oh, actually, to the Town, it appears to state
7   near.
8 Q Near Town. So does it help you at all
9   understand what that might have said?
10 A No. It does not.
11 Q Is there an original of this document that would be
12   most legible?
13 A Yes. There is.
14 Q There any reason why it's so faint?
15 A I recall reviewing it. And it was written in
16   green. And green doesn't copy as well.
17 Q Okay.
18 A Green pencil, that is.
19 Q Over the second, third, and fourth pages, there are
20   some notes that are made on this document. Do you
21   see those?
22 A Yes. I do.
23 Q Can you -- well, strike that. Do you have an
24   understanding of whose notes those are?

Parisi Court Reporting (508) 984-5502

BARBARA ST. JEAN, RPR, CSR No. 127693

DEPOSITION of JEFFREY ALBERTI Taken 12/05/2005 (GREENBERG versus FALMOUTH)

SHEET 11  PAGE 41

**PAGE 41**

1  A  Those appear to be my notes.
2  Q  And do you know when you would have made those
3     notes?
4  A  I would have made those notes when I received the
5     Request for Qualifications and reviewed it.
6  Q  What was the purpose of the notes?
7          MR. BARKER: Just in general? Or
8     any specific one?
9          MR. RUSSELL: Just in general.
10 Q  Do you have some purpose behind making the notes?
11 A  My understanding is that these are items that are
12    important to address in the proposal.
13 Q  Did your participation in the June 5th meeting
14    prompt any of these notes?
15 A  I don't recall.
16 Q  Do you know how soon after the June 5th, 2001,
17    meeting you would have received this document?
18 A  According to the date stamp, June 11th, 2001,
19    received at Gannett Fleming. I don't recall exactly
20    when I received it once it was logged in.
21 Q  The first page of this document that you were just
22    referring to on the bottom, it says Central Register
23    5/30/01 and 6/6/01. Do you see that?
24 A  Yes, I do.

Parisi Court Reporting (508) 984-5502

**PAGE 42**

1  Q  Does that have any meaning to you?
2  A  No. It does not.
3  Q  Would you suspect that this is the language of the
4     advertisement that appeared in the Central Register
5     that you discussed earlier?
6  A  The entire R.F.Q.? When you refer to the language,
7     you're referring to the entire R.F.Q.?
8  Q  No. The language in the Central Register. You
9     mentioned there was an advertisement in the
10    Central Register.
11 A  Correct.
12 Q  And my question was this first page, does this
13    appear to be what would have been advertised in the
14    Central Register?
15 A  I don't recall. I'd have to review the
16    Central Register again.
17 Q  Does Gannett Fleming keep a record of that?
18 A  We do have a record of it, yes.
19 Q  Is there any particular reason for keeping a record
20    of it?
21 A  No particular reason.
22 Q  On the third page of that document, it has a number
23    GF 00250. There's a heading Scope of Services. And
24    there are five items identified. Do you see that?

Parisi Court Reporting (508) 984-5502

**PAGE 43**

1  A  Yes, I do.
2  Q  And under the preliminary plans for this project
3     were prepared in 1994 and may be used as a guide of
4     the Department's intent. These plans are attached
5     hereto as Exhibit -- excuse me -- Appendix A.
6     Do you see that?
7  A  Yes, I do.
8  Q  Do you recall that there were plans attached to this
9     document?
10 A  Yes, I do.
11 Q  And do you remember how many pages the plans
12    consisted of?
13 A  I believe there were three plans.
14 Q  Three pages of plans?
15 A  Yes. I believe there were three 11-by-17 plans
16    attached.
17 Q  Does Gannett Fleming have a record of what was
18    received, what plans were -- excuse me. Strike
19    that.
20         Does Gannett Fleming have a record of
21    what was attached to this document?
22 A  Yes. We do. In fact, if I can add to my earlier
23    answer; I believe there were four 11-by-17 plans.
24    And we do have a copy.

Parisi Court Reporting (508) 984-5502

**PAGE 44**

1  Q  Do you recall whether any of those plans were in
2     color?
3  A  Yes.
4  Q  How many of them were in color?
5  A  One.
6  Q  And can you characterize that one plan that was in
7     color and distinguish it from the others? Are you
8     able to do that?
9  A  The plan would be described as a building elevation
10    plan.
11 Q  After that paragraph I just read from, there's
12    another paragraph. And then following that, I'd
13    like to read the next two sentences.
14         "The designer shall review the
15    facility needs program previously completed and
16    obtain a working knowledge of the Department's
17    needs. The designer shall review the design with
18    the building user for compatibility with the final
19    determined needs." Do you see that?
20 A  Yes. I do.
21 Q  Do you have an understanding of what the language
22    facility's needs program refers to?
23 A  My understanding is how much square footage would
24    be required.

Parisi Court Reporting (508) 984-5502

BARBARA ST. JEAN, RPR, CSR No. 127693

SHEET 16   PAGE 61

61
1   removing columns --
2  A  Yes.
3  Q  -- from vehicle storage.
4  A  Yes.
5  Q  That's why I said briefly; because it was very
6     brief. Is there a typical construction material for
7     a garage structure of that nature, I'll say?
8  A  There is not. It all depends on the client.
9  Q  You said that you've made a more careful study of
10    the plans that were attached as Appendix A to the
11    Town's Request for Qualifications. You recall
12    mentioning that?
13           MR. BARKER: Objection.
14           Recently?
15           MR. RUSSELL: Yes.
16           MR. BARKER: Eventually?
17    I see. Gotcha.
18  A  Yes. Recently to prepare for this, yes.
19  Q  Okay. Are you -- were you able to identify any of
20    the construction materials for the garage structure
21    as part of that review?
22  A  I don't recall seeing any construction materials at
23    this time.
24           (Whereupon a document
                was then marked as
         Parisi Court Reporting  (508) 984-5502

PAGE 62

62
1           Plaintiff's Exhibit No. 6)
2  Q  The Court Reporter has marked as Exhibit 6 a
3     document -- a one-page document. It appears to be a
4     Gannett Fleming note. Is that what you refer to
5     that heading as a note?
6  A  It's a Gannett Fleming note. It's a -- it's a note
7     pad.
8  Q  A note pad?
9  A  It's a note pad with Gannett Fleming letterhead on
10    it.
11 Q  Thank you. And I would ask you if you're familiar
12    with that document.
13 A  Yes, I am.
14 Q  And how are you familiar with it?
15 A  I wrote this document.
16 Q  The first paragraph mentions something about
17    conducting an interview. Do you see that --
18 A  Yes, I do.
19 Q  -- at the very end? What do you understand that to
20    mean?
21 A  I would understand that to mean the Town sometimes
22    conducts interviews of the firms prior to selecting
23    them.
24 Q  To your knowledge, was there any interview or
         Parisi Court Reporting  (508) 984-5502

PAGE 63

63
1     interviews conducted as part of this project?
2  A  We had a meeting with the Town, which may or may not
3     be considered an interview. It depends on what the
4     format of the interview is.
5  Q  That's fair enough. What was the date of that
6     meeting?
7  A  Our initial meeting was on January 28th, I believe,
8     of 2002.
9  Q  What do you recall about that meeting?
10 A  We met with the Town to discuss the scope of the
11    project.
12 Q  When you say the Town, who did you meet with in
13    particular?
14 A  Mr. Owen.
15 Q  Was anybody else at this meeting representing the
16    Town?
17 A  Not from the Town.
18 Q  Who represented Gannett Fleming at the meeting?
19 A  Myself and Michael Haire.
20 Q  What is Michael Haire's role?
21 A  With the project or in -- at Gannett Fleming?
22 Q  At Gannett Fleming.
23 A  He's a Vice-President.
24 Q  Did he have any involvement in this D.P.W. project?
         Parisi Court Reporting  (508) 984-5502

PAGE 64

64
1  A  Yes. Michael played a limited role as a principal
2     for the project.
3  Q  You say at this meeting, you discussed the scope of
4     the project.
5  A  That's correct.
6  Q  What do you recall about discussing the scope of the
7     project?
8  A  Off the top of my head, I don't recall the
9     specifics. There were general conversations about
10    what the project was to include, what the Town was
11    interested in, the schedule. We also discussed the
12    preliminary plans at that time. We indicated that
13    we did not want to use them because we had problems
14    with them. And the Town agreed that we did not need
15    to use them at that meeting. And that's just a
16    portion of what I recall from the meeting. I think
17    there was more discussed in addition to that.
18 Q  More regarding the scope of the project? Or more
19    regarding agenda items that you haven't mentioned?
20 A  I don't have the meeting memorized; so I -- I can't
21    just speak from my -- I'd have to go through my
22    notes to review what was discussed.
23 Q  Did you ask in any way the delay between May and
24    June when this project was advertised in the
         Parisi Court Reporting  (508) 984-5502

BARBARA ST. JEAN, RPR, CSR No. 127693

SHEET 18   PAGE 69

**Page 69**

1  A  My understanding, that's referring to the document
2     that's titled Request for Qualifications prepared by
3     the Town of Falmouth and issued to all designers,
4     potential designers.
5  Q  That's the document that's already been marked as an
6     exhibit. Is that correct?
7  A  That's correct.
8  Q  After referencing the Request for Proposals, it
9     mentions the pre-proposal briefing. Do you see
10    that?
11 A  Yes. I do.
12 Q  Can you tell me what that refers to?
13 A  That refers to the June 5th, 2001, meeting at the
14    site.
15 Q  And you were the only representative of Gannett
16    Fleming at that meeting.
17 A  That's correct.
18 Q  Is that correct? Our visits to the site. Can you
19    tell me how many visits to the site that there
20    were --
21 A  There were --
22 Q  -- made by Gannett Fleming? I'm sorry.
23 A  There were -- could you tell me which time frame
24    you're referring to?

Parisi Court Reporting (508) 984-5502

**Page 70**

1  Q  This would be prior to submitting a fee proposal,
2     So prior to January 30th, 2002.
3  A  I believe there was one visit. And that was the
4     pre-proposal meeting.
5  Q  Did you do any inspection of the site while you were
6     there?
7  A  We walked around the site.
8  Q  When you say we, was there a guided tour?
9  A  I believe there was a guided tour by the Town of
10    Falmouth employees that included all designers, all
11    potential proposers.
12 Q  I understand.
13 A  Okay.
14 Q  The sentence goes on to reference and other
15    conversations with you. Can you tell me what
16    conversations this letter is referring to.
17 A  My recollection is that refers to the January 28th
18    meeting with Mr. Owen and Mr. Haire and myself.
19 Q  That would be the only conversation? That uses the
20    word plural, conversations.
21 A  There also was the phone call that was marked
22    earlier. However, there were no specifics discussed
23    on the project; so -- those are the only two
24    conversations that I'm aware of at this time prior

Parisi Court Reporting (508) 984-5502

**Page 71**

1     to this fee proposal.
2  Q  Okay. The phone call that you mentioned, that would
3     be Exhibit 6. Is that correct?
4  A  Yes.
5  Q  And I neglected to ask you when we went over that,
6     who was that -- who was that intended for,
7     Exhibit 6?
8  A  This is written by me for myself.
9  Q  This is a note to yourself?
10 A  Yes. Just a document for the file, basically.
11 Q  Okay. I've noticed you take very -- you keep very
12    good records at Gannett Fleming.
13       Do you recall -- did he phone you?
14    Did you phone him?
15 A  I don't recall.
16 Q  The third, fourth, fifth, and sixth pages of this
17    Exhibit, the first page is entitled Scope of
18    Services. Do you see that?
19 A  Yes, I do.
20 Q  It has a larger title than that; but the center says
21    Scope of Services.
22 A  Yes.
23 Q  Do you know who prepared this document?
24 A  I don't recall who actually prepared it. I believe

Parisi Court Reporting (508) 984-5502

**Page 72**

1     it was a combination of myself and Michael Haire.
2  Q  Did either one of you have a greater role in
3     drafting this than the other?
4  A  I don't recall at this time.
5  Q  Do you know when this was prepared?
6  A  The actual date?
7  Q  Yes.
8  A  I do not know.
9  Q  Do you have an idea of when it was prepared?
10 A  Only that it was prepared prior to being mailed on
11    January 30th of 2002.
12 Q  Would it have been prepared anytime prior to
13    January 11th? And the reason I ask is because that
14    was the date of the letter from the Town to
15    Mr. Haire requesting a proposal.
16 A  My recollection is it was prepared sometime after
17    the January 28th meeting after we had a meeting with
18    Mr. Owen.
19 Q  So it would have been prepared in a couple of days?
20 A  Yes.
21 Q  Okay. I would like to go over some of this scope of
22    services with you. Under task one, review existing
23    information, do you see that?
24 A  Yes. I do.

Parisi Court Reporting (508) 984-5502

BARBARA ST. JEAN, RPR, CSR No. 127693

SHEET 19  PAGE 73

**Page 73**

1  Q  First sentence says, "Review existing preliminary
2     plans prepared for the Falmouth D.P.W. in 1994 to
3     understand the D.P.W.'s intent regarding the
4     objectives of the project." Do you see that?
5  A  Yes, I do.
6  Q  Those preliminary plans would refer to the plans
7     that were attached as Appendix A to the Request for
8     Qualifications. Is that correct?
9  A  That's my understanding at this time. Yes.
10 Q  Next sentence, says, "Meet with the D.P.W. staff to
11    determine current needs of the facility." We talked
12    about that a little bit before with your user
13    interview form.
14 A  Yes.
15 Q  Is that correct?
16 A  That's correct.
17 Q  The next sentence says, "Evaluate the preliminary
18    design to determine if the existing preliminary
19    plans meet the current needs of the D.P.W. and
20    prepare recommended modification to the preliminary
21    plans." Do you see that?
22 A  Yes, I do.
23 Q  The words "preliminary plans" are used twice in that
24    sentence.

Parisi Court Reporting (508) 984-5502

**Page 74**

1  A  Just once according to my review of it.
2  Q  Evaluate the preliminary design to determine if the
3     existing preliminary plans.
4  A  Oh, I'm sorry. Yes. It does say it twice.
5  Q  Okay. As used in this third sentence, those
6     preliminary plans have the same meaning as in the
7     first sentence?
8  A  That's my understanding at this time, yes.
9  Q  "Prepare and initial construction cost estimate of
10    the proposed work, including recommended
11    modifications." Do you see that?
12 A  Yes, I do.
13 Q  The words "recommended modification" are used both
14    in the sentence I just quoted and the previous
15    sentence. Do you see that?
16 A  Yes.
17 Q  Do they have -- do those words have the same meaning
18    in both sentences?
19 A  The first sentence indicates recommended
20    modifications to the preliminary plans. The second
21    sentence just states recommended modifications and
22    could mean more than just the preliminary plans.
23 Q  Is that your understanding of what it does in fact
24    mean?

Parisi Court Reporting (508) 984-5502

**Page 75**

1  A  Yes.
2  Q  "Review the recommended modification to the
3     preliminary plans and the initial construction cost
4     estimate with the D.P.W. for compatibility with the
5     D.P.W.'s needs and objectives."
6        You'll agree with me that in that
7     sentence "recommended modification" refers to
8     modification to the preliminary plans. Is that
9     correct?
10 A  That is correct.
11 Q  Can you tell me what the initial construction cost
12    estimate would be based upon as that's referenced in
13    this task one Scope of Services?
14 A  It appears to represent the cost estimate presented
15    at the briefing session by the Town.
16 Q  The next sentence reads, "Obtain D.P.W. concurrence
17    with the recommended changes to the preliminary
18    plan." And as used in that sentence, preliminary
19    plan has the same meaning as preliminary plans in
20    the first sentence?
21 A  That's my understanding at this time, yes.
22 Q  And the final sentence says, "Modify the preliminary
23    plan to incorporate the modification accepted by the
24    D.P.W." Again, the preliminary plan is the same

Parisi Court Reporting (508) 984-5502

**Page 76**

1     meaning as in the first sentence?
2  A  That's my understanding at this time, yes.
3  Q  Is there some meaning behind your using my
4     understanding at this time? Because I don't
5     understand what it means, actually. Does it mean
6     you had a different understanding previously, and
7     you have a new understanding today?
8  A  No.
9  Q  I'm not trying to fight with you. I'm just trying
10    to understand.
11 A  It just means that that's my understanding of these
12    statements as we sit here today. It does not
13    indicate that I had a different understanding of
14    these.
15 Q  Task three, there's a bullet point there. And the
16    first bullet point says, "Design a 29,000-plus-or-
17    minus-square-foot pre-engineered metal building
18    structure with a concrete knee wall up to four feet
19    zero inches high around perimeter of building. That
20    building will be used for indoor storage of vehicles
21    and for washing of vehicles."
22       Do you know where the 29,000 plus or
23    minus square foot figure came from?
24 A  I don't recall exactly how we came up with that;

Parisi Court Reporting (508) 984-5502

BARBARA ST. JEAN, RPR, CSR No. 127693