PLAINTIFF'S
EXHIBIT
Albert, 8
lsj 12-5-05

JJA

# ▲ Gannett Fleming

GANNETT FLEMING, INC.
150 Wood Road
Braintree, MA 02184-2509
Office: (781) 380-7750
Fax: (781) 380-7754
www.gannettfleming.com

January 30, 2002

Mr. William B. Owen, P.E.
Department of Public Works
59 Town Hall Square
Falmouth, MA 02540

Subject:     Public Works Maintenance Facility
             Addition and Renovation

Dear Mr. Owen:

As requested in your letter to this office of January 11, 2002 we are pleased to provide you our fee proposal for the Additions and Renovations to the DPW Maintenance Facility.

Attached you will find our draft scope of services upon which we based our fee proposal. The draft scope of services is based on our understanding of the project from your Request for Proposals, the pre-proposal briefing, our visits to the site, and other conversations with you. For these services we propose a fee structure as follows:

| | | |
|---|---|---|
| 1. | Soils explorations and borings: | $  2,300. |
| 2. | Design services: | $142,000. |
| 3. | Bidding Assistance: | $  5,500. |
| | Total proposed fee: | $149,800. |

Your letter also requests that we provide a schedule for design services based on commencing the work in mid-February 2002. If a contract is awarded on or about February 15, 2002, it is our assessment that the following schedule can be achieved:

| Task | Duration | Completion |
|---|---|---|
| Borings | 30 days | March 15, 2002 |
| Design | 7 months | October 15, 2002 |
| Bidding | 45 days | December 1, 2002 |

*A Tradition of Excellence*

**Gannett Fleming**

Mr. William B. Owen, P.E.
January 30, 2002
Page 2 of 2

Please note that the scope of services, the fee proposal, and the schedule can be further discussed and negotiated if you find that any portion is not fully responsive to your needs. We very much wish to be of service to the Town of Falmouth and sincerely hope that you find this proposal acceptable. Should you have any questions or require any additional information, please feel free to contact us at your convenience.

Very truly yours,

Michael E. Haire, P.E.
Vice-President

cc:     D. Nicholas (GF)
        J. Alberti (GF)
        Proposal File

H:\JJA\Falmouth\ProposalLetter.wpd

GF 00421

# TOWN OF FALMOUTH
## DEPARTMENT OF PUBLIC WORKS

### Public Works Maintenance Facility
### Addition and Renovation

### SCOPE OF SERVICES

GF 00422

Scope of Services

Task 1        Review Existing Information

Review existing preliminary plans prepared for the Falmouth DPW in 1994 to understand the DPW's intent regarding the objectives of the project. Meet with the DPW staff to determine current needs of the facility. Evaluate the preliminary design to determine if the existing preliminary plans meet the current needs of the DPW and prepare recommended modifications to the preliminary plans. Prepare an initial construction cost estimate of the proposed work, including recommended modifications. Review the recommended modifications to the preliminary plans and the initial construction cost estimate with the DPW for compatibility with the DPW needs and objectives. Obtain DPW concurrence with the recommended changes to the preliminary plan. Modify the preliminary plan to incorporate the modifications accepted by the DPW.

Task 2        Geotechnical Explorations

2.1    Conduct a geotechnical program to determine subsurface conditions to support structural foundation design. Two borings will be obtained at the site of the vehicle storage building addition and one boring will be obtained at the location of the Administration area addition. Inspection services during the course of field sampling will be provided to ensure reliability of the results.

2.2    Prepare a Geotechnical Report in letter form that will discuss the evaluation of existing soils conditions, foundation considerations and conclusions.

Task 3        Design, Specifications and Cost Estimates

3.1 Prepare plans, specifications, and cost estimates for the following elements of the project:

- Design of a ± 29,000 SF pre-engineered metal building structure with a concrete knee wall up to 4'-0" high around perimeter of building. This building will be used for indoor storage of vehicles and for washing of vehicles.
- Design of a new ± 3,000 SF addition to the existing building for offices, a lunch room, administration area toilet facilities, and reception area.
- Renovation of the existing facility.
- Design of site improvements that consist of a new septic system to serve the new administration area toilet facilities, a tight tank to collect effluent from vehicle washing operations and from new building floor drains, and that site design required immediately adjacent to the building additions and renovations.
- Conduct a preliminary Chapter 34 structural evaluation

Survey: the Town of Falmouth will provide topographic and utility surveys as required for the project.

GF 00423

Storage Building Addition: The storage building addition shall consist of the following elements:

- ± 27,900 SF of unheated building space for the storage of vehicles
- ± 1,300 SF of heated building space for vehicle washing
- Ventilation system as required by code
- Floor drains as required that will direct effluent to an exterior tight tank for collection.
- Dry sprinkler system for fire protection
- Lighting and Electrical power for doors and equipment.
- Fire alarm system.
- Overhead crane system in a portion of the building of approximately 2,400 SF in size for storage and transport of sander units.
- The design will be based on an addition that is structurally isolated from the existing building such that no part of the structural system of the existing building is modified as a result of the new construction. The design will also be based on using a shallow foundation and concrete floor slab on grade of similar construction to the foundations and floor slabs of the existing building.

Administration Building Addition: The administration addition shall consist of the following elements:

- Selective demolition of the existing building at the main entrance
- Provide second floor space within the new addition for use as storage space. It is not the intention of this project to provide second floor space that will be occupied or to provide any space that will require an elevator.
- The design will be based on an addition that is structurally isolated from the existing building such that no part of the structural system of the existing building is modified as a result of the new construction. The design will also be based on using a shallow foundation and concrete floor slab on grade of similar construction to the foundations and floor slabs of the existing building.
- The exterior design of this new addition shall be such to provide a better aesthetic appearance of the facility.

Building Renovations: The proposed building renovations shall consist of the following elements:
- Provide new locker/shower/toilet facilities.
- Provide an overhead vehicle exhaust system for the vehicle maintenance bays.
- Replace one vehicle door with a new overhead coiling door that is similar in appearance and function to existing vehicle doors.

- Paint all interior spaces of the existing building.
- Provide one new vehicle lift.
- Provide new dust collection system in the carpentry shop.
- Provide a posted mezzanine system in the vehicle maintenance area for storage of repair parts.
- Provide additional electrical outlets at new walls within the renovated portions of the existing building.

Task 4        Final Design

Based on the approved Design developed under Task 3, detailed architectural and engineering drawings, specifications and bid documents for the project will be prepared.

4.1 Prepare final working drawings and specifications that completely describe in detail all work to be done for all elements of the project scope. The following work items are included in the project scope:

- Civil and Site Engineering.
- Architectural design and Structural Engineering
- Mechanical and Electrical Engineering including Plumbing and Life Safety

Design will progress the Design effort described in Task 3 to Final Design following the program outlined in task 3. The plans and specifications will contain all necessary bidding information.

Prepare construction cost estimates. The estimates will be based on MEANS Construction Cost Data and previous project data maintained by Gannett Fleming.

Task 5        Construction Bidding Process

5.1     Prepare bid documents (including contract addenda) and provide assistance to the Town in the bidding process. Assistance consists of distribution of bidding documents for public bidding, tabulation, analysis and evaluation of submitted construction bids and related bidding documentation, and recommendations on the award of the construction contract. It is assumed printing of Contract Documents for Contractor bidding will be covered by the Town of Falmouth and is beyond this scope of services.

PLAINTIFF'S
EXHIBIT
Alberti  19
by      12-5-05

LAW OFFICE
OF
## RICHARD M. RUSSELL
197 PALMER AVENUE
FALMOUTH, MASSACHUSETTS 02540
TELEPHONE (508) 457-7557

June 7, 2002

Mr. Donald B. Nicholas
Gannett Fleming, Inc.
150 Wood Road
Braintree, Massachusetts 02184

Re:    Town of Falmouth
       Public Works Maintenance Facility
       Addition and Renovation

### BY CERTIFIED MAIL--RETURN RECEIPT REQUESTED

Dear Mr. Nicholas:

It has come to the attention of Noah Greenberg Associates (NGA) that Gannett Fleming, Inc., may be involved in the above-referenced renovation project.

As Gannett Fleming is likely aware, NGA performed preliminary architectural services relative to this project.

Please be aware that Noah Greenberg Associates expressly reserves all rights in the plans previously prepared and expressly prohibits any unauthorized use of said plans whether heretofore or hereafter undertaken.

Enclosed with this letter and incorporated herein are photocopies of various correspondences more fully explaining the circumstances and the position of NGA relative to this matter.

Noah Greenberg Associates trusts that Gannett Fleming, Inc., understands its (NGA's) position and will respect NGA's rights relative to the subject plans.

Please direct any communications relative to this matter to the undersigned.

Thank you for your cooperation.

Sincerely,


Richard M. Russell
RMR|mag
enc:    September 10, 2001, correspondence of Richard M. Russell to Robert Whritenour, Jr.
        February 12, 2002, correspondence of Frank K. Duffy, Jr.
        June 7, 2002, correspondence of Richard M. Russell to Robert Whritenour, Jr.

FACSIMILE (508) 548-2477          E-MAIL: capecodlaw@aol.com           MEMBER
National Academy of
Elder Law Attorneys, Inc.



FIRST FLOOR PLAN

PLAINTIFF'S
EXHIBIT
Albert, 27
laj 12-5-05

 **Gannett Fleming**

Gannett Fleming, Inc.
150 Wood Road
Braintree, MA 02184

Phone: (781) 380 - 7750
Fax:   (781) 380 - 7754

www.gannettfleming.com

## FAX TRANSMITTAL

TO: RICHARD DeCOSTE   ORGANIZATION: WOODBRIER

FAX: 617.327.7089   TELEPHONE:

FROM: JEFF ARBGEN   JOB NUMBER: 39973

SUBJ: FALMOUTH

DATE: 3/31/03   NO. OF PAGES (including this transmittal): 2

FAXED

PLEASE SEE ATTACHED FLOOR PLAN
W/ COMMENTS FROM THE TOWN
OF FALMOUTH. THE TOWN HAS
APPROVED THE ATTACHED LAYOUT
AS THE FINAL PLAN.

E:\faxpint.doc

CONFIDENTIAL NOTICE: The documents accompanying this telecopy transmission contain information belonging to the sender which is legally privileged, confidential and exempt from disclosure. The information is intended for the use of the individual or entity named above. If you are not the recipient, or the employee of the intended recipient, or the agent responsible for delivering this message, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this fax in error, please contact us by telephone to arrange for the return of the documents to us.

