UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

| | |
|---|---|
| NOAH GREENBERG<br>    Plaintiff<br><br>v.<br><br>TOWN OF FALMOUTH,<br>AND GANNETT<br>FLEMING, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**GANNETT FLEMING'S CERTIFICATION UNDER LOCAL RULE 7.1(A)**

Now comes counsel for the defendant and cross-plaintiff Gannett Fleming Engineers and Architects, PC ("Gannett") and hereby certifies that counsel has conferred and attempted in good faith to resolve or narrow the issues in the Summary Judgment Motions. Counsel for Gannett Fleming makes this certification pursuant to U.S. District Court Local Rule 7.1(A)(2).

Dated: 2/16/06

DEFENDANT, GANNETT FLEMING, INC.,
By Its Attorneys,
MICHIENZIE & SAWIN LLC

BY: _____
Paul Michienzie – BBO#548701
John C. Barker – BBO#637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

{00079343.DOC}