UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

| | |
|---|---|
| NOAH GREENBERG     )<br>    Plaintiff        )<br>                    )<br>v.                  )<br>                    )<br>TOWN OF FALMOUTH,   )<br>AND GANNETT         )<br>FLEMING, INC.,      )<br>    Defendants      ) | |

## GANNETT FLEMING'S CERTIFICATE OF SERVICE
## OF OPPOSITION PAPERS

I, John C. Barker, attorney for defendant, hereby certify that I have on this 16th day of February 2006, served copies of the following documents on attorney for plaintiff, Richard M. Russell, Esq., Heritage Place Condominium, 205 Worcester Court, Unit B2, Falmouth, MA 02540, and on attorney for Falmouth, Daniel G. Skrip, Esq., Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston 02110-1257.

1. Gannett Fleming's Cross-Motion for Summary Judgment;

2. Gannett Fleming's Opposition Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment;

3. Gannet Fleming's Separate Statement of Disputed and Undisputed Facts in Opposition to Plaintiff's Motion for Summary Judgment, with Exhibits;

4. Affidavit of Jeffrey Alberti, in support of Gannett Fleming's Summary Judgment Opposition;

5. Gannett Fleming's Certification that it has conferred in good faith with opposing counsel;

6. Gannett Fleming's Certificate of Service of Opposition Papers.

_/s/ John Barker_
John C. Barker

{00079341.DOC}