UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION No. 04-11934-GAO

NOAH GREENBERG,
    Plaintiff

v.

TOWN OF FALMOUTH and
GANNETT FLEMING, INC.,
    Defendants

**PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)**

**A. The name, and if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises:**

The plaintiff, Noah Greenberg

William B. Owen, Director or former Director, Town of Falmouth, Department of Public Works, address indicated in deposition

Jeffrey J. Alberti, project manager, Gannett Fleming, Inc., Gannett Fleming Engineers and Architects, P.C., Gannett Fleming Engineers and Planners, 150 Wood Road, Braintree, Massachusetts

**Witnesses the plaintiff may call if the need arises:**

The keeper of the records, Town of Falmouth, Town Hall Square, Falmouth, Massachusetts

The keeper of the records, Gannett Fleming, Inc. (or related Massachusetts corporate entity), 150 Wood Road, Braintree, Massachusetts

Mr. Robert Whritenour, Jr., Town Administrator, Town of Falmouth, Town Hall Square, Falmouth, Massachusetts

Frank K. Duffy, Jr., Esquire, 157 Locust Street, Falmouth, Massachusetts 02541

Thomas A. Kahrl, Esquire, 308 Falmouth Woods Road, North Falmouth, Massachusetts 02556