UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

| | |
|---|---|
| NOAH GREENBERG<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TOWN OF FALMOUTH,<br>AND GANNETT<br>FLEMING, INC.,<br>    Defendants | )<br>)<br>)<br>) |

**DEFENDANT GANNETT FLEMING'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)**

Now comes defendant and cross-plaintiff Gannett Fleming Engineers and Architects, PC ("Gannett"), through its counsel of record, and hereby certifies that counsel has conferred, or attempted to confer with other counsel of record concerning Gannett's Motion for Extension of Time for filing its pre-trial disclosures.

The undersigned counsel for Gannett called and left messages with plaintiff's counsel Richard Russell on Friday 5/12 and Monday 5/15/06. Gannett's counsel did not receive a return call from plaintiff's counsel as of the date of this Certification.

Gannett's counsel spoke with the Town's counsel, Daniel Skrip, Esq., on Friday 5/12/06, before filing Gannett's Motion for Extension of Time. Mr. Skrip assented to the extension of time that Gannett was seeking for its pre-trial disclosures.

{00084735.DOC}

1

Gannett's counsel has attempted in good faith to resolve or narrow the issues with its Motion for Extension of Time.

Dated: May 15, 2006

Gannett Fleming Engineers and Architects, PC,
By its Attorneys,

*/s/ John Barker*

Paul Michienzie – BBO#548701
John C. Barker – BBO#637406
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

{00084735.DOC}