UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

| | |
|---|---|
| NOAH GREENBERG<br>        Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TOWN OF FALMOUTH,<br>AND GANNETT<br>FLEMING, INC.,<br>        Defendants | )<br>)<br>)<br>)<br>) |

## DEFENDANT GANNETT FLEMING'S PRE-TRIAL DISCLOSURES UNDER RULE 26(a)(3)

Now comes defendant and cross-plaintiff Gannett Fleming Engineers and Architects, PC ("Gannett" or "GF"), through its counsel of record, and hereby provides the following pre-trial disclosures pursuant to F.R.C.P. 26(a)(3).

**(A)     Witnesses That Gannett Intends to Call:**

- Jeffrey Alberti, Weston & Sampson Engineers, Inc., 100 Foxboro Blvd., Suite 250, Foxboro, MA 02035.
- Donald Nicholas, Gannett Fleming, 150 Wood Road, Suite 400, Braintree, MA 01284.
- Plaintiff Noah Greenberg, 22 Bee Bee Acres Road, Falmouth, MA 02540 (or through plaintiff's counsel).
- William Owen, Town of Falmouth, Town Hall Square, Falmouth, MA 02540 (or through Falmouth's counsel)

**(B)     Witnesses That Gannett May Call:**

- Michael Haire, Gannett Fleming, 150 Wood Road, Suite 400, Braintree, MA 01284.
- Heather Harper, Town of Falmouth, Town Hall Square, Falmouth, MA 02540 (or through Falmouth's counsel).
- Frank Duffy, Esq., 157 Locust Street, Falmouth, MA 02541 (or through Falmouth's counsel).

{00084610.DOC}

Gannett also reserves its right to call any witness listed or called by the other parties in this case, or to call any rebuttal witnesses.

**(C)     Witnesses Presented by Deposition:**

Gannett does not intend to present any witnesses solely by their deposition testimony, although Gannett reserves its right to introduce deposition testimony during trial from any of the three witnesses deposed in this case (plaintiff Greenberg, Jeffrey Alberti, and William Owen).

**(D)     Identification of Documents and Exhibits:**

| EXHIBIT NO. | | DATE | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1 | | 2/24/03 | Frontal, lateral, visual view of front part of project, showing offices and second floor [GF043, GF079-83] |
| 2 | | 6/21/2002 | Page of the Falmouth project submission request proposal from Alberti, on subject job [GF728]. |
| 3 | | Undated | Site plan of back of site [GF015 or GF038]. |
| 4 | | 2/11/2003 | Macroview of site, front and back [GF364-55]. |
| 5 | | 3/31/2003 | Cover-fax memo re floor plan that the town has approved as the final plan [GF069-70 or GF071-72]. |
| 6 | * | 2/17/2003 | Memo from Paul Smith to John Masland. |
| 7 | * | Many | Documents concerning the soil borings. [GF313-388, 420]. |
| 8 | | 2/1/1994 | Letter from Town (Owen) to Greenberg/RCG. |
| 9 | * | 6/7/2002 | Letter from plaintiff's counsel to Gannett [GF510]. |
| 10 | | 8/5/1994 | Letter from Greenberg to Town (Owen). |
| 11 | * | 8/24/2004 | Greenberg's notes re DPW job. |
| 12 | * | 8/24/1994 | Meeting minutes by Greenberg. |
| 13 | | 1994 1998 | Greenberg's preliminary plans [GF254-257]. |
| 14 | | 12/6/1993 | Letter from Robert Charles Group (Greenberg) to Falmouth (Owen) submitting Greenberg's proposal [GF580]. |
| 15 | | 8/26/1998 | Invoice from Greenberg to Town (Owen) for "completion of preliminary design phase [and] preparation of preliminary cost estimate." |
| 16 | | 2/7/2000 | Letter from Greenberg to Owen. |
| 17 | | 5/18/2001 | Town's request for qualifications, architectural design services, advertised in Registers of 5/30/01 and 6/6/01, including Appendix A. |

{00084610.DOC}

| | | | |
|---|---|---|---|
| 18 | | 6/21/2001 | Gannett Fleming's statement of qualifications for subject job [GF719-790]. |
| 19 | * | 1/30/2002 | Letter from Gannett Fleming to Town (Owen) re fees [GF420-425]. |
| 20 | | Undated | Blank interview questionnaire used by Gannett Fleming for DPW personnel [GF535-540, GF713-718]. |
| 21 | * | Undated | Documents concerning subcontractors for the job [GF549-563, GF595-607, GF674-676, GF687-690]. |
| 22 | * | 7/1/2003 | Howe report [GF195-204]. |
| 23 | * | 8/11/2005 | Affidavit of William Owen. |
| 24 | | Undated | Summary of scope of services for subject job [GF564], and initial scope of services with cover letter [GF420-425]. |
| 25 | * | 3/7/2002 | Contracts between Gannett Fleming and Town of Falmouth re subject job, and 3/7/02 cover letter [GF634]. |
| 26 | * | 1/11/2002 | Letter from Town (Owen) to Gannett Fleming (Haire) [GF243]. |
| 27 | | 3/7/2002 | Cover letter and summary of 4/7/02 contract between Gannett Fleming and Town of Falmouth [GF614-615, GF636]. |
| 28 | | 2/03 and 2/04 | Plaintiff-Greenberg's copyright registrations [GF505-508]. |
| 29 | | Undated | Greenberg's plans with Gannett's plans [Exhibit 3 and 4 to Greenberg Depo.]. |
| 30 | | Undated | Drawings C-104 and A-101, architectural plans for DPW job, with shading for different designs; attached to Alberti affidavit of 2/16/2006. |
| 31 | | 11/9/1993 | Town of Falmouth request for proposals from William Owen [Exhibit 22 to Owen Depo.] |
| 32 | * | 2/12/2002 | Letter from Town counsel Duffy, to plaintiff's counsel, Russell [GF514-515]. |
| 33 | | 4/1/2003 | Letter from the Town (Bill Owen) to Gannett (Don Nicholas) [GF509]. |
| 34 | | Many | Cost estimates throughout the subject job from Gannett, to the Town [GF187-188, 236-243, 393, 404-409, 437-445, 447-496, 648]. |
| 35 | | Many | Gannett's invoices to the Town on the subject job [GF126-138, 794-796] and amendment No. 1 [GF665]. |
| 36 | * | 9/12/2002 | Meeting notes re 9/12/02 meeting between Gannett and DPW. |
| 37 | * | 9/12/2002 | Letter from Town counsel Frank Duffy, to plaintiff's counsel, responding to plaintiff's counsel's 9/1/01 letter. |
| 38 | * | 2/13/2004 | Memo from Falmouth (Owen) to Town administrator Whritenour and Board of Selectmen. |
| 39 | * | 8/11/2004 | Letter from Town counsel Frank Duffy, to Gannett Fleming, with draft complaint from plaintiff. |
| 40 | * | 8/19/2005 | Plaintiff's answers to Gannett Fleming's interrogatories. |

{00084610.DOC}

| 41 | * | 10/31/2005 | Town of Falmouth's responses to plaintiff's first interrogatories. |
|----|---|------------|---|
| 42 |   | 1966 | Original architectural plan for subject building(s). |
| 43 |   | Many | Gannett Fleming plans [including, but not limited to, GF024-26, 021, 027, 036, 034, 029, 016, 018, 019, 020, 033, 032, 028, 017, 031, 030, 037, 078-83, 084-87, 069-70, 071-75, 543, 022-23]. |
| 44 | * | 8/11/2005 | Affidavit of Heather Harper. |
| 45 | * | 5/17/2001 | DPW Maintenance Facility addition, funding memo, from Owen to Harper. |
| 46 | * | Many | Letters from plaintiff's counsel, to Town counsel, including letters of 6/7/02, 8/6/02, 5/22/03, 3/15/04. |
| 47 | * | Many | Notes, drawings, and plans re subject site. |
| 48 |   | 12/6/1993 | Greenberg's initial proposal for preliminary plans [GF579-591]. |
| 49 |   | 11/9/1993 | Advertisement in Register for preliminary job [Exhibit 3 to Owen Depo.]. |
| 50 |   | 8/10/2001 | Letter from Town (Harper) to plaintiff Greenberg [Exhibit 19 from Owen Depo.]. |
| 51 |   | 4/2002 | Gannett Fleming's Project Execution Plan for Falmouth job [GF114-125]. |
| 52 |   | 4/17/2002 | Gannett Fleming's notes re plans and interviews [GF095-113]. |
| 53 |   | Undated | Optional plans for front of building [Exhibit 23 to Alberti Depo.]. |
| 54 |   | 3/31/2003 | Cover fax and marked up drawing for front of building [GF074-075, Exhibit 27 to Alberti Depo.]. |
| 55 | * | 6/18/2001 | Demand letter from plaintiff Greenberg's counsel. |

* An asterisk indicates an exhibit that Gannet may introduce.

Gannet reserves its right to introduce any exhibit listed by another party hereto.

Gannett Fleming Engineers and Architects, PC ,
By its Attorneys,

Dated: May 19, 2006

Paul Michienzie – BBO#548701
John C. Barker – BBO#637406
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

{00084610.DOC}