UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

| | |
|---|---|
| NOAH GREENBERG     ) | |
|    Plaintiff            ) | |
|                             ) | |
| v.                          ) | |
|                             ) | |
| TOWN OF FALMOUTH, ) | |
| AND GANNETT        ) | |
| FLEMING, INC.,      ) | |
|    Defendants        ) | |

**DEFENDANT GANNETT FLEMING'S CERTIFICATE OF
SERVICE OF ITS PRE-TRIAL
DISCLOSURES UNDER RULE 26(a)(3)**

I, John C. Barker, attorney for defendant Gannett Fleming, Inc. (correct name is Gannett Fleming Engineers and Architects, P.C.) hereby certify that I have on this 19th day of May 2006, served a copy of the above-referenced Disclosures, by mailing and faxing a copy of same, postage prepaid, to the following counsel of record:

Richard M. Russell, Esq.
Law Office of Richard M. Russell
205 Worcester Court, Unit B2
Falmouth, MA 02540

Mr. Daniel Skrip, Esq.
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257

_____
John C. Barker

{00085160.DOC}