UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

| | |
|---|---|
| NOAH GREENBERG )<br>  Plaintiff )<br> )<br>v. )<br> )<br>TOWN OF FALMOUTH, )<br>AND GANNETT )<br>FLEMING, INC., )<br>  Defendants ) | |

## CERTIFICATION OF CONFERENCE UNDER LOCAL RULE 16.1(D)(3)

Now comes Defendant and Cross-Plaintiff Gannett Fleming, Inc. (correct name is Gannett Engineers and Architects, PC, referred to herein as "Gannett"), and hereby submits the following Certification of Conference, pursuant to U.S. District Court Local Rule 16.1(D)(3). The undersigned defense counsel and an authorized representative of Gannett have conferred:

    (a)    With a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - of the litigation; and

{00084698.DOC}
00084698.DOC

(b)    To consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs such as those outlined in Local Rule 16.4.

THIS 23 DAY OF MAY 2006.

| | |
|---|---|
| Gannett Fleming, Engineers & Architects, PC<br>By its Attorneys,<br><br>_____/s/ John Barker_____<br>Paul Michienzie – BBO#548701<br>John C. Barker – BBO#637406<br>Michienzie & Sawin LLC<br>745 Boylston Street, 5th Floor<br>Boston, MA 02116<br>Tel: (617) 227-5660 | Gannett Fleming, Engineers & Architects, PC<br>By its Authorized Representative:<br><br>_____/s/_____<br>Name: Donald B. Nicholas<br>Title:  Vice President |

{00084698.DOC}
00084698.DOC

2