UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 04-11934-GAO

NOAH GREENBERG )
    Plaintiff )
)
v. )
)
TOWN OF FALMOUTH, )
AND GANNETT )
FLEMING, INC., )
    Defendants )

### STIPULATION OF DISMISSAL WITH PREJUDICE, OF ALL CLAIMS

The three parties to the instant action are plaintiff Noah Greenberg ("plaintiff"), defendant Gannett Fleming, Inc. ("Gannett"), and the Town of Falmouth, Massachusetts (the "Town"). These three parties now wish to dismiss all claims and cross-claims in the instant action, with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii). These three parties (plaintiff, Gannett, and the Town) hereby stipulate that all claims and cross-claims that were or could have been brought in this action should be dismissed with prejudice and without costs, with each party bearing its own attorneys' fees, and waiving all right of appeal or other judicial review, because this action has settled.

| The Defendant, GANNETT FLEMING, INC. | The, Plaintiff, NOAH GREENBERG |
|---|---|
| By its attorneys, *[signed] John Barker* | By His attorneys, *[signed]* |
| Paul Michienzie, Esq. – BBO #548701 | Richard M. Russell, Esq. – BBO # 561997 |
| John C. Barker, Esq. – BBO #637406 | 205 Worcester Court, Unit B2 |
| Michienzie & Sawin LLC | Falmouth, MA 02540 |
| 745 Boylston Street, 5th Floor | Tel. 508-457-7557 |
| Boston, MA  02116-2636 | |
| Tel. 617-227-5660 | |

00087167.DOC

5

The Defendant, TOWN OF FALMOUTH,

By its Attorneys,

*Daniel Skrip,*
*by J. Barker, with permission*
―――――――――――――――――――
Daniel Skrip, Esq. – BBO #
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257
Tel. 617-350-0950